ORIGINAL

FILED
NOV 5 2003
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ENTERGY NUCLEAR GENERATION COMPANY, Plaintiff, v. THE UNITED STATES, Defendant. | No.: 03-2626C<br>Judge: ____________ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Entergy Nuclear Generation Company respectfully submits this corporate disclosure statement. Entergy Nuclear Generation Company is a wholly owned subsidiary of Entergy Nuclear Holding Company Number One, which in turn is owned by Entergy Global Investments, Inc. (25%) and Entergy Corporation (75%). Entergy Corporation is the only publicly held corporation in this chain of ownership and, through its subsidiary, owns more than 10% of Entergy Nuclear Generation Company.

Dated: November 5, 2003

Respectfully submitted,

Alex D. Tomaszczuk [signature]

Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940 – telephone
(703) 770-7901 – facsimile

Counsel of Record for Plaintiff
Entergy Nuclear Generation Company

*Of Counsel*:
Jay E. Silberg
Devon E. Hewitt
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000

John M. Fulton
Assistant General Counsel
Entergy Nuclear Generation Company
440 Hamilton Avenue
Mail Stop 12A
White Plains, NY 10601

Document #: 1257229 v.1

Document #: 1257229 v.1