IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2626-C

(Filed: February 3, 2004)

| | |
|---|---|
| ENTERGY NUCLEAR GENERATION CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |

ORDER

1. The parties are instructed to file a joint status report on or before February 20, 2004, addressing the feasibility and desirability of consolidating this case with *Boston Edison Co. v. United States*, No. 99-447-C. Such status report shall be filed with the Court in the ordinary fashion, and a courtesy copy shall be provided to chambers via facsimile to (202) 219-0662.

2. A status conference will be held in *Boston Edison* on March 8, 2004, commencing at 9:30 a.m., at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom in which the status conference will be held shall be posted in the lobby of the building. Each of the parties in the instant case, by counsel, is invited to appear at and participate in such status conference.

3. A status conference in this case will be held on March 18, 2004, commencing at 9:30 a.m., at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom in which the status conference will be held shall be posted in the lobby of the building. Each of the parties in *Boston Edison*, by counsel, is invited to appear at and participate in such status conference.

4. The Clerk's Office is directed to serve a copy of this Order on counsel for each of the parties in *Boston Edison Co. v. United States*, No. 99-447-C.

s/Charles F. Lettow
Charles F. Lettow
Judge