**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ENTERGY NUCLEAR GENERATION CO., Plaintiff, v. THE UNITED STATES, Defendant. | No. 03-2626C (Judge Lettow) |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff and Defendant jointly request an enlargement of time of 22 days from April 15, 2004 through May 7, 2004 within which to file their joint preliminary status report ("JPSR"). This is the first request for an enlargement of time to file the JPSR. Because all parties agree to this enlargement of time, no opposition will be filed. Plaintiff and Defendant jointly request this enlargement because of the recent order entered by this Court on April 12, 2004 regarding the expected status conference to be held with Judge Sypolt on April 30, 2004.

In particular, counsel for Plaintiff requests this additional time to consult with his client in view of the upcoming status conference to determine whether Plaintiff should submit a status report in response to the April 12, 2004 Order and whether Plaintiff should participate in any coordinated discovery. In this regard, Plaintiff will be in a better position to advise this Court in the JPSR regarding Plaintiff's decision to participate in or forego the coordinated discovery process.

For the foregoing reasons, Plaintiff and Defendant jointly request an enlargement of time of 22 days from April 15, 2004 through May 7, 2004 within which to file their JPSR.

Dated: April 15, 2004

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940 – telephone
(703) 770-7901 – facsimile

Counsel of Record for Plaintiff
Entergy Nuclear Generation Company

Of Counsel:
Jay E. Silberg
Devon E. Hewitt
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen by s/ Daniel S. Herzfeld
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585