IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2623-C

(Filed: July 21, 2004)

SYSTEM FUELS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the Court is defendant's Unopposed Motion for Enlargement of Time, filed on July 19, 2004. Defendant requests an additional ten days, to and including July 29, 2004, in which to submit its response to plaintiff's motion for summary judgment regarding liability. This is defendant's second request for this purpose, and defendant's counsel notes that plaintiff's counsel does not object to the requested enlargement.

Good cause having been established, defendant's Motion is granted. Defendant shall file its response to plaintiff's motion for summary judgment on or before July 29, 2004. No further enlargement for this purpose will be granted absent a showing of compelling circumstances.

It is so ORDERED.

s/Charles F. Lettow
Charles F. Lettow
Judge