IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2626-C

(Filed: July 21, 2004)

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the Court is defendant's Unopposed Motion for Enlargement of Time, filed on July 19, 2004. Defendant requests an additional ten days, to and including July 29, 2004, in which to submit its response to plaintiff's motion for summary judgment regarding liability. This is defendant's second request for this purpose, and defendant's counsel notes that plaintiff's counsel does not object to the requested enlargement.

Good cause having been established, defendant's Motion is granted. Defendant shall file its response to plaintiff's motion for summary judgment on or before July 29, 2004. No further enlargement for this purpose will be granted absent a showing of compelling circumstances.

This Order was inadvertently issued with an improper caption and placed on the Court's docket sheet as entry number 22. Accordingly, the Order at entry number 22 on the docket sheet shall be stricken.

It is so ORDERED.

s/Charles F. Lettow
Charles F. Lettow
Judge