TABLE OF CONTENTS

PAGE(S)

STATEMENT OF THE ISSUE . . . . . . . . . . 1

STATEMENT OF FACTS . . . . . . . . . . 1

SUMMARY OF ARGUMENT . . . . . . . . . . 2

ARGUMENT . . . . . . . . . . 3

I. THE STANDARD FOR SUMMARY JUDGMENT . . . . . . . . . . 3

II. ENG HAS NO BASIS UPON WHICH TO CLAIM LIABILITY AGAINST THE GOVERNMENT FOR BREACH OF CONTRACT PRIOR TO JULY 13, 1999, BECAUSE ENG WAS NOT A PARTY TO THE STANDARD CONTRACT UNTIL THAT TIME . . . . . . . . . . 4

A. ENG Has The Burden Of Establishing Its Standing . . . . . . . . . . 4

B. ENG Cannot Satisfy Its Burden Of Establishing That It, Rather Than The Company That Assigned Its Contract To ENG, Has Suffered An Injury-In-Fact Prior To July 13, 1999 . . . . . . . . . . 6

-

III. DOE's OBLIGATION TO BEGIN ACCEPTANCE OF ENG'S SNF AND/OR HLW BEGAN NO EARLIER THAN THE 1999 DCS, NOT IN 1998, AND, THEREFORE, A FINDING OF LIABILITY PRIOR TO JANUARY 30, 2000, AT THE EARLIEST, IS INAPPROPRIATE . . . . . . 8

A. The Delivery Commitment Schedules That BECO Submitted To DOE And That DOE Approved Constitute Binding Commitments That Provide A Contractual Basis For Determining Liability In This Case . . . . . . . . . . 8

B. Other Decisions Of This Court, Finding That The Delivery Commitment Schedule Provisions Of The Standard Contract Do Not Define The Parties' Delivery And Acceptance Obligations Under The Contract, Render The Contract's Schedule Terms Meaningless And Render The Contract Too Indefinite To Enforce . . . . . . . . . . 14

CONCLUSION . . . . . . . . . . 21

TABLE OF AUTHORITIES

CASES PAGE(S)

Anderson v. Liberty Lobby, Inc.,
477 U.S. 242 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Avia Group International, Inc. v. L.A. Gear California, Inc.,
853 F.2d 1557 (Fed. Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Aviation Contractor Employees, Inc. v. United States,
945 F.2d 1568 (Fed. Cir. 1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Bel Pre Health Care Center, Inc. v. United States,
24 Cl. Ct. 495 (1991), aff'd, 980 F.2d 745 (Fed. Cir. 1992) . . . . . . . . . . . . . . . . . . . . . 18

City of Tacoma, Department of Public Utilities v. United States,
31 F.3d 1130 (Fed. Cir. 1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Commonwealth Edison Co. v. United States,
56 Fed. Cl. 652 (2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Cosmo Construction Co. v. United States,
451 F.2d 602 (Ct. Cl. 1971) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Coyle's Pest Control, Inc. v. Cuomo,
154 F.3d 1302 (Fed. Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

David Nassif Associates v. United States,
226 Ct. Cl. 372, 644 F.2d 4 (1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

David Nassif Associates v. United States,
214 Ct. Cl. 407, 557 F.2d 249 (1977) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Friends Of The Earth, Inc. v. Laidlaw Environmental Services,
528 U.S. 167 (2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Gould, Inc. v. United States,
935 F.2d 1271 (Fed. Cir. 1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

TABLE OF AUTHORITIES (cont'd)


CASES PAGE(S)

Indiana Michigan Power Co. v. United States,
57 Fed. Cl. 88 (2003) . . . . . . . . . . 15, 16

Lujan v. Defenders of Wildlife,
504 U.S. 555 (1992) . . . . . . . . . . 5, 6

Massengill v. Guardian Mgt. Co.,
19 F.3d 196 (5th Cir. 1994) . . . . . . . . . . 20

Mays v. Trump Indiana, Inc.,
255 F.3d 351 (7th Cir. 2001) . . . . . . . . . . 18

Miccosukee Tribe of Indians v. Florida State Athletic Commission,
226 F.3d 1226 (11th Cir. 2000) . . . . . . . . . . 5

Mingus Constructors, Inc. v. United States,
812 F.2d 1387 (Fed. Cir. 1987) . . . . . . . . . . 3

Modern System Tech. Corp. v. United States,
979 F.2d 200 (Fed. Cir. 1992) . . . . . . . . . . 18

Neeley v. Bankers Trust Co. of Tex.,
757 F.2d 621 (5th Cir. 1985) . . . . . . . . . . 18

Puritan Assocs. v. United States,
215 Ct. Cl. 976, 978 (1977) . . . . . . . . . . 7

Ridge Runner Forestry v. Veneman,
28 F.3d 1058 (Fed. Cir. 2002) . . . . . . . . . . 18

Shann v. Dunk,
84 F.3d 73 (2d Cir. 1996) . . . . . . . . . . 18

Sweats Fashions, Inc. v. Pannill Knitting Company, Inc.,
833 F.2d 1560 (Fed. Cir. 1987) . . . . . . . . . . 3

The Pantry, Inc. v. Stop-N-Go Foods, Inc.,
796 F. Supp. 1164 (S.D. Ind. 1992) . . . . . . . . . . 6

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Transamerica Equipment Leasing Corp. v. Union Bank,
426 F.2d 273 (9th Cir. 1970) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

White's Place, Inc. v. Glover,
222 F.3d 1327 (11th Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Winstar Corp. v. United States,
21 Cl. Ct. 112 (1990), aff'd on reh'g en banc, 64 F.3d 1531 (Fed. Cir. 1995),
aff'd, 518 U.S. 839 (1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

DOCKETED CASES

Southern Nuclear Operating Co. v. United States,
No. 98-614C (Fed. Cl. April 7, 2004) (unpublished) . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Yankee Atomic Electric Co. v. United States,
No. 98-126C (Fed. Cl. June 26, 2003) (unpublished) . . . . . . . . . . . . . . . . . . . . . . . . . 14

STATUES AND REGULATIONS

10 C.F.R. § 961.11, Art. V.B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

## INDEX TO APPENDIX

DOCUMENT PAGE

Portions of the Administrative Record of the DOE Standard Contract Rulemaking for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste . . . . . . . . . . . . . . . . . . 1

Edison Electric Institute Comments, March 7, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Statement of M.C. Cook, Vice President, Florida Power & Light Company, March 1, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

Northern States Power Comments, March 3, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

Cincinnati Gas & Electric Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . 43

Consumers Power Company Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

Public Service Company of Colorado Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

Cleveland Electric Illuminating Company Comments . . . . . . . . . . . . . . . . . . . . . . . . . 52

Gulf States Utilities Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

Wisconsin Public Service Corporation Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . 62

Yankee Atomic Electric Company Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . 64

Public Service Electric and Gas Company Comments . . . . . . . . . . . . . . . . . . . . . . . . . 66

Long Island Lighting Company Comments, March 3, 1983 . . . . . . . . . . . . . . . . . . . . . 70

Northeast Utilities Comments, March 3, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72

Alabama Power Company Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . 74

Kansas Gas and Electric Company Comments, March 1, 1983 . . . . . . . . . . . . . . . . . . 78

Iowa Electric Light and Power Company Comments, March 3, 1983 . . . . . . . . . . . . . . . 81

Mississippi Power & Light Company Comments, March 4, 1983 . . . . . . . . . . . . . . . . . 84

Portland General Electric Company Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . 89

INDEX TO THE APPENDIX (cont'd)


DOCUMENT PAGE

Detroit Edison Comments, March 3, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92

Florida Power & Light Company Comments, March 7, 1983 . . . . . . . . . . . . . . . . . . . . . 94

Duquesne Light Company Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . 96

Pacific Gas and Electric Company Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . . 99

TVA Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104

Houston Lighting and Power Company Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . 106

Middle South Services, Inc. Comments, March 7, 1983 . . . . . . . . . . . . . . . . . . . . . . . . 107

Vermont Yankee Nuclear Power Corp. Comments, March 7, 1983 . . . . . . . . . . . . . . . 110

Consolidated Edison Company of New York Comments, March 7, 1983 . . . . . . . . . . 113

Dairyland Power Cooperative Comments, March 7, 1983 . . . . . . . . . . . . . . . . . . . . . 115

Georgia Power Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118

Letter from Secretary Hodel to Senator Johnston, September 7, 1984 . . . . . . . . . . . . . . . . . . 122

Letter from J. Michael Farrell to Honorable Philip R. Sharp, April 1, 1987 . . . . . . . . . . . . . . . 126

Memo from Ronald A. Milner, December 20, 1991 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 141

Letter from M. Detmer to J.M. Buchheit, March 4, 1992 . . . . . . . . . . . . . . . . . . . . . . . . . . . 143

Letter from M. Detmer to Michael E. Thomas, March 4, 1992 . . . . . . . . . . . . . . . . . . . . . . . 153

Letter from M. Detmer to J.E. McKissick, March 4, 1992 . . . . . . . . . . . . . . . . . . . . . . . . . . 163

Portions of Mission Plan for the Civilian Radioactive Waste Management Program, June 1985 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 188

Portions of OCRWM Mission Plan Amendment, June 1987 . . . . . . . . . . . . . . . . . . . . . . . . . 205

INDEX TO THE APPENDIX (cont'd)

DOCUMENT PAGE

Portions of Annual Capacity Report, June 1987 . . . . 208

Portions of Annual Capacity Report, June 1988 . . . . 211

Portions of Annual Capacity Report, December 1990 . . . . 214

Portions of Annual Capacity Report, December 1991 . . . . 219

Portions of 1992 Annual Capacity Report, Revision 1, May 1993 . . . . 227

Portions of Acceptance Priority Ranking and Annual Capacity Report, March 1995 . . . . 234

Final Joint Brief of Utility Petitioners/ Utility Intervenors, Indiana Michigan Power Co. v. United States Department of Energy, Nos. 95-1279, 95-1321, 95-1463 (D.C. Cir. Dec. 5, 1995) . . . . 243

DCS Submissions, Approvals, And Correspondence Relating To Boston Edison Company . . 252

Letter from W.C. Rothert, Boston Edison Company, to Department of Energy, September 21, 1993 . . . . 252

Letter from Beth Tomasoni to W.C. Rothert, Boston Edison Company, December 3, 1993 . . . . 253

Letter from W.C. Rothert, Boston Edison Company, to Department of Energy, September 20, 1994 . . . . 255

Letter from Beth Tomasoni to W.C. Rothert, Boston Edison Company, January 18, 1995 . . . . 256

Letter from H. V. Oheim, Boston Edison Company, to Department of Energy, September 26, 1995 . . . . 258

Letter from Beth Tomasoni to John R. Mitgay, Boston Edison Company, January 25, 1996 . . . . 259

Letter from H. V. Oheim, Boston Edison Company, to Department of Energy, September 29, 1998 . . . . 261

INDEX TO THE APPENDIX (cont'd)

Document | Page

Letter from Beth Tomasoni to H. V. Oheim, Boston Edison Company, November 24, 1998 . . . . . . 263

Letter from James J. Judge, Boston Edison, to U.S. Department of Energy Office of Procurement Operations, dated July 13, 1999 . . . . . . 378