**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 03-2626C**
**(Filed August __, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**ENTERGY NUCLEAR GENERATION COMPANY,** )
)
)
Plaintiff, )
)
v. )
)
**THE UNITED STATES,** )
)
Defendant. )
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

For good cause shown, the Court hereby orders the adoption of the salient provisions of the E-mail Plan utilized in the coordinated discovery proceedings, as follows:

1. Except as noted in paragraph 2 below, the parties agree that no preservation or retention requirements with respect to e-mail and electronic evidence apply to any of the parties.

2. The parties agree to preserve any e-mail backup tapes that exist from the 1988-1996 time frame which may potentially contain relevant information. DOE will only have to preserve such tapes to the extent that they are from the Office of Civilian Radioactive Waste Management ("OCRWM").

3. The parties agree evenly to share the costs of any searches of any of the backup tapes preserved pursuant to paragraph 2, which costs should not exceed $15,000 for each tape.

It is so **ORDERED**.

**Charles F. Lettow**
**Judge**