**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENTERGY NUCLEAR GENERATION COMPANY, | ) | |
| Plaintiff, | ) | No. 03-2626C (Judge Lettow) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff Entergy Nuclear Generation Company ("ENGC") respectfully requests an enlargement of time of 14 days from August 30, 2004 through September 13, 2004 within which to file its reply in support of its motion for summary judgment and response to the Defendant United States' (the "Government") cross-motion for summary judgment on liability. This is the first request for an enlargement of time to file this combined response/reply brief. Counsel for ENGC has spoken with counsel for the Government, who has stated the Government does not object to this motion.

Counsel for ENGC needs this enlargement due to the press of work in other on-going cases in this Court and the U.S. Court of Appeals for the Federal Circuit. In particular, since receiving the Government's response and cross-motion, counsel for ENGC had to prepare and file a response to the Government's motion to transfer and consolidate Entergy Nuclear Indian Point 2, LLC v. United States, No. 03-2622C (Lettow, J.) with Consolidated Edison Co. of N.Y. v. United States, No. 04-0033 (Bruggink, S.J.). Also, counsel recently filed requests for entry of protective orders in seven cases before this Court, including the instant case, Entergy Nuclear

Indian Point 2, LLC v. United States, No. 03-2622C (Lettow, J.), Sys. Fuels, Inc. v. United States, No. 03-2623C (Lettow, J.), Sys. Fuels, Inc. v. United States, No. 03-2621C (Williams, J.), Sys. Fuels, Inc. v. United States, No. 03-2624C (Braden, J.), Entergy Gulf States, Inc. v. United States, No. 03-2625C (Williams, J.), and Detroit Edison Co. v. United States, No. 02-926C (Williams, J.). On August 18, 2004, counsel filed a motion to dismiss the Government's cross-appeal in Indiana Mich. Power Co. v. United States, Nos. 04-5122, -5139 (Fed. Cir.). Counsel also have been preparing additional briefs replying and responding to summary judgment motions due on August 30, 2004 in Sys. Fuels, No. 03-2621C (Williams, J.), Detroit Edison, and Entergy Gulf States. On August 27, 2004 – today – counsel of record is filing a joint status report in response to an order issued by Judge C. Miller (of this Court) in a non-spent nuclear fuel case – Florida Power & Light Co. v. United States, No. 96-644C et al.

For the foregoing reasons, ENGC respectfully requests an enlargement of time of 14 days from August 30, 2004 through September 13, 2004 within which to file its reply in support of its motion for summary judgment and response to the Government's cross-motion for summary judgment on liability.

Dated: August 27, 2004

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940 – telephone
(703) 770-7901 – facsimile

Counsel of Record for Plaintiff
Entergy Nuclear Generation Company

Of Counsel:
Jay E. Silberg
Devon E. Hewitt
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000