IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2626-C

(Filed: August 30, 2004)

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the Court is the plaintiff's Unopposed Motion for Enlargement of Time to file its reply in support of its motion for summary judgment and response to the defendant's cross-motion for summary judgment on liability, filed on August 27, 2004. The reply and response in this case were originally due on or before August 30, 2004. The plaintiff requests an additional 14 days, to and including September 13, 2004, within which to file their reply and response.

Good cause having been established, the plaintiff's motion is **GRANTED**.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge