**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ENTERGY NUCLEAR GENERATION CO.,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 03-2626C<br>(Judge Lettow) |

**MOTION FOR LEAVE TO FILE APPENDIX**
**USING ELECTRONIC FILES EXCEEDING 1 MEGABYTE**

Pursuant to RCFC 7 and RCFC General Order No. 42 ¶ 4, Plaintiff Entergy Nuclear Generation Company respectfully requests leave to file its "Appendix to Plaintiff's Reply In Support Of Its Motion For Summary Judgment On Liability And Response In Opposition To Defendant's Cross-Motion For Summary Judgment on Liability" dated September 13, 2004, which appendix is broken into four electronic files and three of those files are larger than 1 megabyte. The appendix files are being filed as attachments to this motion for leave to file.

General Order No. 42 ¶ 4 states that "[f]or files that will exceed this limitation [of 1 megabyte], the Filing User shall seek appropriate relief from the presiding judge . . . ." Three of the four electronic files that make up Plaintiff's appendix exceed 1 megabyte. Plaintiff concluded that it might be preferable to file fewer (but larger) files with the court rather than filing 10-15 electronic files that are smaller in size but more time-consuming to download. Additionally, because the appendix is more than 50 pages, Plaintiff intends to deliver a courtesy copy to the presiding Judge's chambers on September 14, 2004. RCFC General Order No. 42 ¶ 5.

For the foregoing reasons, Plaintiff respectfully requests leave to file its appendix using electronic files that exceed 1 megabyte.

Dated: September 13, 2004

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940 – telephone
(703) 770-7901 – facsimile

Counsel of Record for Plaintiff
Entergy Nuclear Generation Company

Of Counsel:
Jay E. Silberg
Devon E. Hewitt
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000