IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENTERGY NUCLEAR GENERATION COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2626C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 29 days, to and including October 29, 2004, to file its reply to the plaintiff's response to the Government's cross-motion for summary judgment regarding liability in this case, which plaintiff filed on September 13, 2004. Defendant's reply is currently due to be filed on September 30, 2004. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff, Alex Tomaszczuk, has represented that plaintiff, Entergy Nuclear Generation Company ("Entergy"), does not oppose this request.[1]

As the Court is aware, 60 spent nuclear fuel cases are currently pending before the Court of Federal Claims. Counsel for the plaintiff in this case has recently filed motions for summary judgment regarding liability in six spent nuclear fuel cases in this Court, including this one. The briefing in each of these cases has been extensive, and the lengthy brief and appendix to which the Government must now reply addresses numerous issues and subissues that we must, in turn,

---

[1] We discussed this motion with Mr. Tomaszczuk on Tuesday, September 28, 2004. Mr. Tomaszczuk was unable to notify us of SFI's position regarding the enlargement request until the afternoon of September 30, 2004, and we deferred filing this motion until we were able to represent the plaintiff's position upon it.

address. The Government's reply briefing in three of those cases (all pending before Judge Williams) is currently due on October 20, 2004. The three cases before Judge Williams involve similar issues, and we had anticipated that, after we had completed preparation of the reply briefing in those three cases, we would be able to use those briefs as the foundation of our reply brief here, which involves the same but additional issues as the cases pending before Judge Williams.

In addition to counsel's work upon the recently filed and continuing briefing in the six cases in which liability motions have recently been filed, counsel for the Government recently represented the Government in the seven-and-a-half week trial in Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.) (Merow, S.J.), that concluded on August 31, 2004, and has been actively involved during the weeks following the conclusion of that trial in development and drafting of the Government's extensive post-trial briefing and proposed findings of fact in that case, which is currently due on October 15, 2004.[2] In addition, during the past two weeks, counsel has devoted significant time to developing briefing in other spent nuclear fuel cases, including briefing relating to the Government's motions to dismiss in Delmarva Power & Light Company v. United States, No. 04–0034 (Fed. Cl.); Canal Electric Company v. United States, 04-0035 (Fed. Cl.); and Atlantic City Electric Company v. United States, No. 04-0036 (Fed. Cl.), which was filed on Friday, September 24, 2004. Because of the scope of this work and the need

[2] Counsel for the Government learned this afternoon that the plaintiff in the Yankee litigation may wish to request an enlargement of time for the parties to submit their first set of post-trial briefs. Because of his expectation that the Yankee briefing would be due on October 15, 2004, counsel has been devoting his attention to that effort. Further, even with an enlargement of the due date for the parties' post-trial briefs, counsel for the Government anticipates that his time will still be largely devoted to that effort during the next two weeks.

to ensure appropriate review of the Government's arguments in these cases, we need the requested additional time to allow us to complete the briefing on the liability motions in this case.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

September 30, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of September 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.