IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2626-C

(Filed: October 4, 2004)

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the Court is Defendant's Unopposed Motion for an Enlargement of Time, filed on September 30, 2004, to file its reply in support of its cross-motion for summary judgment regarding liability in this case. Defendant's reply in this case was originally due on or before September 30, 2004. The defendant requests an additional 29 days, to and including October 29, 2004, within which to file its reply. The court will grant relief along the lines requested but prefers to set a schedule for this and related cases that will not require additional extensions. Accordingly, the court allows defendant an extension until November 4, 2004 to file its reply.

Good cause having been established, the defendant's motion is **GRANTED**.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge