# TABLE OF CONTENTS

PAGE(S)

DISCUSSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

I. ENTERGY HAS IDENTIFIED NO BASIS UPON WHICH BREACH OR LIABILITY TO ENTERGY COULD EXIST PRIOR TO BOSTON'S ASSIGNMENT OF THE CONTRACT TO ENTERGY . . . . . . . . . . . . . . . . . . . 1

II. ENTERGY'S ASSERTION THAT DOE HAD SOME OBLIGATION TO ACCEPT ANY SNF GENERATED UNDER THE CONTRACT AT ISSUE HERE PRIOR TO JANUARY 30, 2000 IS UNSUPPORTED . . . . . . . . . 6

III. HAVING RELIED UPON A PARTIAL BREACH THEORY, ENTERGY CANNOT ATTEMPT TO SEEK DAMAGES FOR PARTIAL BREACHES THAT PRECEDE ITS CONTRACT ASSIGNMENT . . . . . . . . . . . . . . . . . . . . 13

IV. ENTERGY'S EXPLANATIONS ABOUT THE REASONS THAT BOSTON NEVER SUBMITTED A DELIVERY COMMITMENT SCHEDULE FOR 1998 ACCEPTANCE ARE UNSUPPORTED . . . . . . . . . . . 16

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

# TABLE OF AUTHORITIES

CASES PAGE(S)

Aleutian Constructors v. United States,
24 Cl. Ct. 372, 384 (1991) . . . . . . . . . . 11

American Financial Associates, Ltd. v. United States,
5 Cl. Ct. 761 (1984), aff'd, 755 F.2d 912 (Fed. Cir. 1985) . . . . . . . . . . 6

Colonial Navigation Company v. United States,
149 Ct. Cl. 242, 181 F. Supp. 237 (1960) . . . . . . . . . . 4

Commonwealth Edison Co. v. United States,
56 Fed. Cl. 652 (2003) . . . . . . . . . . 16

Coughlin v. Blair,
41 Cal. 2d 587, 262 P.2d 305 (1953) . . . . . . . . . . 14

Fireman's Fund Insurance Co. v. England,
313 F.3d 1344 (Fed. Cir. 2002) . . . . . . . . . . 4

Florida Power & Light Co. v. United States,
No. 98-483C, slip op. (Fed. Cl. Oct. 14, 2004) (unpublished) . . . . . . . . . . 9

General Casualty Co. of America v. United States,
130 Ct. Cl. 520, 127 F. Supp. 805, cert. denied, 349 U.S. 938 (1955) . . . . . . . . . . 12

Ginsberg v. Austin,
968 F.2d 1198 (Fed. Cir. 1992) . . . . . . . . . . 5, 6

Government Sys. Advisors, Inc. v. United States,
21 Cl. Ct. 400, 411, vacated on other grounds, 25 Cl. Ct. 554 (1990) . . . . . . . . . . 12

Indiana Michigan Power Co. v. Department of Energy,
88 F.3d 1272 (D.C. Cir. 1996) . . . . . . . . . . 10

Indiana Michigan Power Co. v. United States,
60 Fed. Cl. 639 (2004), appeal pending, No. 04-5122 (Fed. Cir.) . . . . . . . . . . 13

Klamath and Moadac Tribes v. United States,
296 U.S. 244 (1935) . . . . . . . . . . 6

TABLE OF AUTHORITIES (cont'd)


CASES PAGE(S)

Ling-Temco-Vought, Inc. v. United States,
201 Ct. Cl. 135, 475 F.2d 630 (1973) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

National By-Products, Inc. v. United States,
186 Ct. Cl. 546, 405 F.2d 1256 (1969) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

National City Bank of Evansville v. United States,
143 Ct. Cl. 154, 163 F. Supp. 846 (1958) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Northern Helex Co. v. United States,
197 Ct. Cl. 118, 455 F.2d 546 (1972) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Smith v. Tobacco By-Products & Chemical Corp.,
243 F.2d 188 (C.C.P.A. 1957) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Tuftco Corp. v. United States,
222 Ct. Cl. 277, 614 F.2d 740 (1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

United States v. Nordic Village, Inc.,
503 U.S. 30 (1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

STATUTES AND REGULATIONS

31 U.S.C. § 3727 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 3, 4

41 U.S.C. § 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 3, 4

42 U.S.C. § 10222(b)(3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

10 C.F.R. § 961.11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

48 Fed. Reg. 16590 (Apr. 18, 1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

TABLE OF AUTHORITIES (cont'd)

MISCELLANEOUS PAGE(S)

9 A. Corbin, Corbin on Contracts § 946 (interim ed. 1979) . . . . . . . . . . . . . . . . . . . . . . . 13, 14, 15

Restatement (Second) of Contracts § 236 (1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

# INDEX TO REPLY APPENDIX


DOCUMENT PAGE

Letters from M. Detmer, DOE Contracting Officer, to contract holders, dated March 4, 1992, providing accompanying Delivery Commitment Schedule Instructions . . . . . . . 1

Transcript of testimony of Christopher Kouts, DOE, from Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), on August 2, 2004 . . . . . . . . . . . . . . . . . . 5

Transcript of testimony of Ronald A. Milner, DOE, from Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), on August 10, 2004 . . . . . . . . . . . . . . . . . 14

Transcript of testimony of Thomas Pollog, DOE, from Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), on August 4, 2004 . . . . . . . . . . . . . . . . . 18

Transcript of testimony of David Zabransky, DOE, from Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), on August 5, 2004 . . . . . . . . . . . . . . . . . 30

Memorandum from Ronald A. Milner, DOE, to John Bartlett, DOE, dated December 20, 1991 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

Memorandum to Director, Office of Civilian Radioactive Waste Management, dated December 21, 1990 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

Pages from Civilian Radioactive Waste Management System Requirements Document Revision 5 (DOE/RW-0406), dated January 1999 . . . . . . . . . . . . . . . . . . . . . . . . . . 41

Transcript of testimony of Robert Morgan, DOE (retired), from Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), on August 2 & 3, 2004 . . . . . . . . . . . . . 43

Letter from R.M. Grube, Yankee Atomic Electric Company, to DOE Contracting Officer, dated September 25, 1992 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

Internal Memorandum from R.M. Grube, Yankee Atomic Electric Company, to J.M. Buchheit, Yankee Atomic, dated September 25, 1992, regarding "Yankee Delivery Commitment Schedules (DCS)" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53