**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on April 11, 2005)

| | |
|---|---|
| **ENTERGY NUCLEAR GENERATION CO.,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | No. 03-2626C<br>(Judge Lettow) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff Entergy Nuclear Generation Company ("ENGC"), by and through its undersigned counsel, respectfully requests an enlargement of time of fourteen days from April 11, 2005 through April 25, 2005 within which to file its joint status report with Defendant (the "Government") that sets forth "a plan for completion of discovery and a proposed schedule for further proceedings in this case." Per the Court's March 3, 2005 Opinion and Order, this joint status report is currently due on April 11, 2005. This is the first enlargement sought by Plaintiff ENGC of the April 11, 2005 deadline for the submission of the joint status report. Counsel for ENGC has spoken with counsel for the Government, who has stated the Government does not oppose this motion.

Counsel for ENGC needs this enlargement because, in the course of his discussions with the Government regarding a proposed pre-trial schedule, counsel for the Government has represented that the Government intends to file within the next several days a motion to consolidate this case with the Boston Edison Co. v. United States case (No. 99-447C) that is also currently before this Court. Given the Government's renewed effort to consolidate these two cases, it is difficult (if not impossible) to develop and propose to the Court a reliable schedule for

further proceedings in this case. The Government's motion will likely raise an issue as to which parties should, or will, ultimately become involved in the discovery and pre-trial matters here. A two-week enlargement of time will also allow ENGC to review and consider the Government's motion to consolidate, which in turn will facilitate ENGC's ability to propose a schedule for further proceedings in this case.

For the foregoing reasons and for good cause shown, ENGC respectfully requests an enlargement of time of fourteen days from April 11, 2005 through April 25, 2005 within which to file its joint status report with the Government.

Dated: April 11, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Entergy Nuclear Generation Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Document #: 1321175 v.1