TABLE OF CONTENTS

PAGE

BACKGROUND . . . . . . . . . . 2

DISCUSSION . . . . . . . . . . 4

I. CONSOLIDATION IS APPROPRIATE UNDER THE CIRCUMSTANCES BECAUSE BOTH CASES INVOLVE MULTIPLE COMMON FACTUAL AND LEGAL ISSUES, AND, IN THE ABSENCE OF CONSOLIDATION, THERE IS A SUBSTANTIAL RISK OF INCONSISTENT JUDGMENTS BETWEEN THE CASES . . . . . . . . . . 4

A. Standards For Consolidation . . . . . . . . . . 4

B. BECO And ENGC's Cases Satisfy The Criteria For Consolidation . . . . . . . . . . 5

1. BECO And ENGC's Cases Share Common Issues Of Fact And Law . . . . . . . . . . 5

2. Neither BECO Nor ENGC Would Be Prejudiced By Consolidation . . . . . . . . . . 11

3. The Government Will Be Heavily Prejudiced If The Two Cases Are Not Consolidated . . . . . . . . . . 12

II. IF THE COURT DECLINES TO CONSOLIDATE THESE CASES, THE COURT SHOULD ISSUE A SUMMONS TO JOIN ENGC AS A THIRD-PARTY DEFENDANT IN BECO'S CASE AND, FURTHER, SHOULD ISSUE RCFC 14(b) NOTICES TO ENGC AND BECO . . . . . . . . . . 12

CONCLUSION . . . . . . . . . . 14

# TABLE OF AUTHORITIES

CASES PAGE(S)

Allfirst Bank v. Progress Rail Serv. Corp.,
178 F. Supp. 2d 513 (D. Md. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Bank of Montreal v. Eagle Associates,
117 F.R.D. 530 (S.D.N.Y. 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Cable Belt Conveyors, Inc. v. Alumina Partners of Jamaica,
669 F. Supp. 577 (S.D.N.Y. 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Del-Rio Drillings Programs, Inc. v. United States,
17 Cl. Ct. 844 (1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Entergy Nuclear Indian Point 2, LLC v. United States,
62 Fed. Cl. 798 (2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 11

Farrell v. American Flyers Airline Corp.,
42 F.R.D. 341 (S.D.N.Y. 1967) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Harris v. L&L Wings, Inc.,
132 F.3d 978 (4th Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Karuk Tribe of California v. United States,
27 Fed. Cl. 429 (1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 5, 7

Mylan Pharmaceuticals Inc. v. Henney,
94 F. Supp. 2d 36 (D.D.C. 2000), rev'd on other grounds sub nom.
Pharmachenie B.V. v. Barr Laboratories, Inc., 276 F.3d 627 (D.C. Cir. 2002) . . . . . . . . . 7

Philadelphia Suburban Corp. v. United States,
211 Ct. Cl. 354 (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

St. Bernard General Hospital, Inc. v. Hospital Serv. Assoc.,
712 F.2d 978 (5th Cir. 1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Uram v. United States,
216 Ct. Cl. 418 (1978) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

TABLE OF AUTHORITIES (cont'd)

STATUTES AND REGULATIONS PAGE(S)

31 U.S.C. § 3727 . . . . . . . . 8

41 U.S.C. § 15 . . . . . . . . 8

41 U.S.C. § 114 . . . . . . . . 13

42 U.S.C. § 10222 . . . . . . . . 8

10 C.F.R. § 961.11 . . . . . . . . 2, 10