IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2626-C

(Filed: April 12, 2005)

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's Unopposed Motion for Enlargement of Time, filed on April 11, 2005. The parties' Joint Status Report is presently due on or before April 11, 2005. Plaintiff seeks an additional 14 days in which to file the report.

For good cause shown, plaintiff's motion is GRANTED. The parties shall file a Joint Status Report on or before April 25, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge