IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENTERGY NUCLEAR GENERATION CO., | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-2626C |
| | ) | (Judge Lettow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of time of four days, up to and including April 29, 2005, within which to file its joint status report with plaintiff, Entergy Nuclear Generation Company ("Entergy"). The parties' joint status report is currently due today, April 25, 2005. By unopposed motion filed on April 11, 2005, plaintiff previously sought and received an enlargement of time of 14 days within which to file the parties' joint status report. This is the first enlargement of time sought by defendant for this purpose. Counsel for plaintiff has indicated that Entergy does not oppose this motion for enlargement of time.

The requested enlargement is necessary because lead counsel for the Government has been out of the office since April 22, 2005, and will not be able to return until tomorrow, April 26, 2005. As discussed in plaintiff's April 11, 2005 motion for enlargement of time, several issues, including the Government's motion for consolidation of the above-captioned case with the Boston Edison Co. v. United States case (No. 99-447C), require further discussion between the parties, as well as consultation with counsel for Boston Edison Co. Because we have been unable to discuss these issues, the parties are unable to finalize a plan for the completion of

discovery and formulate a proposed schedule for further proceedings, as ordered by the Court. Upon Government counsel's return to the office, the parties will be able to confer upon these issues.

For the foregoing reasons, defendant respectfully requests that the Court grant the request for an enlargement of time of four days, to and including April 29, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr. /by Heide L. Herrmann
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

April 25, 2005

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on this 25th day of April 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Heide L. Herrmann