IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2626-C

(Filed: April 28, 2005)

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for Enlargement of Time, filed on April 25, 2005. The parties' Joint Status Report is presently due on or before April 25, 2005. Defendant seeks an additional four days in which to file the report.

For good cause shown, defendant's motion is GRANTED. The parties shall file a Joint Status Report on or before April 29, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge