**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on April 28, 2005)

| | | |
|---|---|---|
| **ENTERGY NUCLEAR GENERATION CO.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2626C |
| | ) | (Judge Lettow) |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE EXHIBITS USING ELECTRONIC FILES EXCEEDING 2 MEGABYTES**

Pursuant to RCFC 7 and RCFC General Order No. 42A ¶ 4, Plaintiff Entergy Nuclear Generation Company respectfully requests leave to file its exhibits to "Plaintiff's Response To Defendant's Motion To Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b)" dated April 28, 2005 ("Plaintiff's Response"), which exhibits consist of two electronic files and each of which is larger than 2 megabytes. The two exhibits to Plaintiff's Response are attached electronically to this motion for leave to file.

General Order No. 42A ¶ 4 states that "[f]or files that would exceed this limitation [of 2 megabytes], the Filing User shall seek appropriate relief from the assigned judge . . . ." As stated above, each of the two electronic files that make up Plaintiff's exhibits exceeds 2 megabytes. Additionally, because Plaintiff's Response inclusive of these two exhibits will exceed 50 pages, Plaintiff intends to deliver a courtesy paper copy to the "assigned judge['s]" chambers on April 29, 2005. RCFC General Order No. 42A ¶ 5.

For the foregoing reasons, Plaintiff respectfully requests leave to file the exhibits to Plaintiff's Response using electronic files that exceed 2 megabytes.

Dated: April 28, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Entergy Nuclear Generation Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)