IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2626-C

(Filed: May 2, 2005)

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's Motion for Leave to File Exhibits Using Electronic Files Exceeding 2 Megabytes, filed on April 28, 2005. Plaintiff seeks to file exhibits to its response to defendant's motion to consolidate, which exhibits consist of two electronic files that each exceed 2 megabytes.

For good cause shown, plaintiff's motion for leave is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge