IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Electronically Filed on May 4, 2005)

**ENTERGY NUCLEAR GENERATION CO.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

No. 03-2626C
(Judge Lettow)

**NOTICE OF FILING OF EXHIBITS**

Pursuant to the Court's May 2, 2005 Order granting Plaintiff Entergy Nuclear Generation Company's ("ENGC") motion for leave to file exhibits using electronic files exceeding 2 megabytes, ENGC respectfully submits Exhibits A and B to "Plaintiff's Response To Defendant's Motion To Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b)," dated April 28, 2005, as attachments to this notice of filing.

Dated: May 4, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Entergy Nuclear Generation Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)