IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENTERGY NUCLEAR GENERATION COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2626C |
| | ) | (Judge Lettow) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court grant defendant an enlargement of four days, to and including May 16, 2005, to file its reply to plaintiff's response to defendant's motion to consolidate two cases, Boston Edison Co. v. United States, No. 99-447C (Fed. Cl.), and Entergy Nuclear Generation Co. v. United States, No. 03-2626C (Fed. Cl.). Currently, that reply brief is due to be filed by May 12, 2005. The associate of counsel for Boston Edison Company ("Boston"), Bradley Wine, has represented that Boston does not oppose this motion. Counsel for Entergy Nuclear Generation Company ("ENGC"), Alex Tomaszczuk, has represented that ENGC does not oppose this motion.

Although counsel for defendant has been working to complete its reply to the separate briefs that Boston and ENGC filed in opposition to the Government's motion to consolidate the two cases, several factors have precluded counsel from completing that effort. Counsel has been required to participate in meetings with various utilities during the week of May 9, 2005, has been required to assist in preparing various pleadings and other documents in Tennessee Valley Authority v. United States, No. 01-249C (Fed. Cl.), and other spent nuclear fuel cases; and has been required to perform other work to meet various deadlines associated with the spent nuclear fuel cases. We do not anticipate that our reply to the response briefs that Boston and ENGC filed

will be lengthy, but we need additional time to allow us to prepare a complete filing. As previously represented, neither Boston nor ENGC opposes this motion.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

May 12, 2005

CERTIFICATE OF FILING

I hereby certify that, on May 12, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.