**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 12, 2005)

| | |
|---|---|
| BOSTON EDISON COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | |
| ENTERGY NUCLEAR GENERATION CO.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff Entergy Nuclear Generation Company ("ENGC"), by and through its undersigned counsel, respectfully requests that the Court grant ENGC an enlargement of time of 14 days from September 12, 2005 through September 26, 2005 to respond to the Defendant United States' ("the Government") "First Set of Interrogatories and Request for Admissions" and the Government's "First Request for Production of Documents." This is the first enlargement sought by ENGC to respond to the Government's discovery requests. Counsel for ENGC has spoken with counsel for Defendant (the "Government"), who has represented that the Government does not oppose this motion for enlargement.[1]

[1] The Government does not oppose the enlargement of time and it appears the Government could allow an enlargement of time to respond to the Government's discovery requests without this Court's order. *See* RCFC 33(b)(3), 34(b), 36(a). ENGC is unclear,

An enlargement of time is necessary here due to Hurricane Katrina and its effect on the Gulf Coast region. Although ENGC had been working diligently to prepare its responses for the Government, the hurricane forced ENGC's management and legal staff – many of whom are based in the Gulf Coast – to address more urgent matters in the Gulf Coast region. As a result of the widespread and significant damage caused by the hurricane, ENGC has reassigned its Gulf Coast employees to emergency duties (such as restoring electric power to Mississippi and Louisiana) and away from providing information required for responding to the Government's discovery requests (such as identifying responsive documents). Moreover, ENGC had encountered logistical difficulties in communicating with the undersigned counsel during the first week after the hurricane, which has slowed ENGC's efforts to respond to the discovery requests. For example, ENGC's corporate headquarters are in New Orleans, Louisiana and the main offices for its nuclear organization are in Jackson, Mississippi, both of which locations have been impacted by the hurricane; most of ENGC's Gulf Coast employees have been requisitioned for emergency duty in response to the hurricane, and ENGC's computer and communications systems have been adversely impacted as well. In this regard, ENGC hopes and intends to turn its attention to the preparation of its discovery responses as its employees return to their regular duties and its technology systems come back on-line.

---

however, as to what extent its enlargement will "interfere with any time set for completion of discovery, for hearing of a motion, or for trial." RCFC 29. Therefore, ENGC files this motion with the Court out of an abundance of caution and to assure that it does not waive any right to respond and object to the Government's discovery requests.

For the foregoing reasons and for good cause shown, ENGC respectfully requests an enlargement of time of 14 days from September 12, 2005 through September 26, 2005 to respond to the Government's "First Set of Interrogatories and Request for Admissions" and the Government's "First Request for Production of Documents."

Dated: September 12, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Entergy Nuclear Generation Co.

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

Document #: 1331479 v.1