IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C

(Filed: February 17, 2006)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| ENTERGY NUCLEAR GENERATION CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

SCHEDULING ORDER

The court acknowledges the parties' Joint Proposed Scheduling Order, filed on February 15, 2006, setting out a proposed plan and schedule for pre-trial steps in the *Boston Edison* portion of these cases as consolidated for a limited purpose.

For good cause shown, the court adopts the schedule proposed in the parties' Joint Proposed Scheduling Order. Further proceedings in the *Boston Edison* portion of these cases as consolidated for a limited purpose shall take place in accord with the following schedule:

| Event | Date |
| --- | --- |
| Boston Edison's expert reports due | July 3, 2006 |
| Government's expert reports due | October 2, 2006 |
| Entergy Nuclear's expert reports due (if any) | October 11, 2006 |
| Rebuttal expert reports due | November 3, 2006 |
| Expert depositions | November 3, 2006 to January 12, 2007 |
| End of Discovery | January 12, 2007 |
| Meeting of Counsel | January 31, 2007 |
| Boston Edison's contentions of fact and law due | February 12, 2007 |
| Entergy Nuclear's contentions of fact and law due (if any)[1] | March 6, 2007 |
| Defendant's contentions of fact and law due | March 27, 2007 |
| Witness and exhibit lists exchanged | April 13, 2007 |
| Pretrial conference | April 30, 2007, commencing at 10:00 AM in the National Courts Building, Washington, DC |
| Trial | May 7-18, 2007, commencing at 9:30 AM in the National Courts Building, Washington, DC |

IT IS SO ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge

[1]Within seven days after defendant has filed its contentions of fact and law, plaintiff Entergy Nuclear may request the opportunity to supplement its contentions of fact and law to address any new issues directed to Entergy Nuclear that appear in defendant's contentions of fact and law.