IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C

(Filed: April 3, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion for Leave to Allow a Deposition to Occur after the Close of Discovery, filed March 28, 2007. Boston Edison Company, Entergy Nuclear Generation Company, and the government jointly request an eight-day enlargement of discovery from March 28, 2007 to April 5, 2007 to allow for the rescheduled deposition of Mr. David Zabransky.

For good cause shown, the parties' motion is GRANTED. Discovery in this case shall close April 5, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge