IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: May 4, 2007)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| ENTERGY NUCLEAR GENERATION CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court are a motion filed by the government and a motion filed by Boston Edison Company ("Boston Edison") on May 3, 2007 and May 4, 2007, respectively, each seeking leave to file certain pre-trial motions under seal electronically. The government and Boston Edison request leave of court to file under seal certain pre-trial motions, as well as accompanying appendices and exhibits, pursuant to the protective orders issued in the above-captioned cases. None of the parties oppose the government's motion or Boston Edison's motion.

For good cause shown, the government's and Boston Edison's motions for leave to file certain pre-trial motions, as well as accompanying appendices and exhibits, under seal electronically are GRANTED. By this order, all parties to this case are granted leave to file under seal electronically any pre-trial motions and responses that contain material covered by the protective orders issued in the above-captioned cases.

It is so ORDERED.

s/ Charles F. Lettow
Judge