IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOSTON EDISON COMPANY<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ) | |
| ENTERGY NUCLEAR GENERATION CO.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

DEFENDANT'S UNOPPOSED MOTION
FOR LEAVE TO TAKE A DEPOSITION AFTER THE CLOSE OF DISCOVERY

Defendant, the United States, respectfully requests that the Court enter an order granting the Government leave to depose Mr. Thomas LaGuardia after the close of discovery in this case.[1] Plaintiff, Boston Edison Company ("Boston Edison"), identified Mr. La Guardia in its witness list, filed on April 30, 2007, as an individual whom Boston Edison will call to testify at trial

[1] As discussed below, we plan to depose Mr. La Guardia on or before May 18, 2007, pending Mr. La Guardia's availability.

concerning Entergy Nuclear Generation Company's "decommissioning analysis regarding the acquisition of Pilgrim and other related matters." Mr. La Guardia has not been previously deposed in this matter. Pursuant to the Court's February 26, 2007 scheduling order, discovery in this case closed on March 23, 2007.[2]

Counsel for plaintiff, Entergy Nuclear Generation Company, Mr. L. Jager Smith, Jr., has represented that Entergy does not oppose the Government's request for leave to take Mr. LaGuardia's deposition prior to the commencement of trial in this matter. Counsel for plaintiff, Boston Edison, Mr. Richard J. Conway, has represented that Boston Edison does not oppose the Government's request, provided that: (1) the examination of Mr. La Guardia be limited in duration to four hours in length; (2) the deposition take place at a time and location convenient to Mr. La Guardia; and (3) the deposition take place on or before May 18, 2007, presuming that Mr. La Guardia is available to sit for a deposition on or before that date.[3] The Government consents to these conditions. To avoid prejudice and unfair surprise to the Untied States at trial, we respectfully request that the Court grant the Government's unopposed motion for leave to take Mr. LaGuardia's deposition prior to the commencement of trial.

Therefore, for the above reasons, defendant respectfully requests that the Court grant this unopposed motion.

---

[2] Upon the parties' joint motions, the Court later modified the February 26, 2007 scheduling order to enlarge the discovery deadline in this case to April 5, 2007.

[3] If Mr. La Guardia is unavailable to sit for a deposition on or before May 18, 2007, then Boston Edison would not oppose scheduling Mr. La Guardia's deposition at a subsequent date.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

PATRICK B. BRYAN
STEPHEN P. FINN
SCOTT R. DAMELIN
JOSHUA E. GARDNER
SONIA M. ORFIELD
Trial Attorneys
U.S. Department of Justice

s/ Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: 202-307-0226
Fax: 202-307-2503

May 4, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 4th day of May 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO TAKE A DEPOSITION AFTER THE CLOSE OF DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Patrick B. Bryan