**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on May 14, 2007)

| | |
|---|---|
| **BOSTON EDISON COMPANY,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | |
| **ENTERGY NUCLEAR GENERATION CO.,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

**UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE COUNSEL OF RECORD**

Pursuant to RCFC 83.1(c)(4), Plaintiff Entergy Nuclear Generation Company ("ENGC") respectfully moves for leave to substitute the undersigned counsel – L. Jager Smith, Jr. – as counsel of record for this case in lieu of the current counsel of record – Alex D. Tomaszczuk. Also, per RCFC 83.1(c)(4), an affidavit of appointment of Mr. Smith (Exhibit 1) and the written consent of Mr. Tomaszczuk to substitute counsel of record (Exhibit 2) are attached to this motion. Mr. Tomaszczuk and his law firm, Pillsbury Winthrop Shaw Pittman LLP, will remain as "of counsel" in this matter. Counsel for Plaintiff Boston Edison Company and Defendant The United States have represented that they do not oppose this motion. In that regard, this substitution of counsel is not expected to affect any of the deadlines set forth in the Court's

600294502v1

February 26, 2007 Scheduling Order, including (but not limited to) the trial of this action scheduled to commence on June 4, 2007.

All filings (electronic or otherwise) should be sent to undersigned counsel at the following address:

L. Jager Smith, Jr.
WISE CARTER CHILD & CARAWAY, P.A.
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572 – telephone
(601) 368-5816 – facsimile
JSMIT83@entergy.com – e-mail

For the foregoing reasons, ENGC respectfully requests that the Court grant this motion and approve the substitution of Mr. Smith for Mr. Tomaszczuk as counsel of record for ENGC.

Dated: May 14, 2007

Respectfully submitted,

s/ L. Jager Smith, Jr. by s/ Daniel S. Herzfeld

L. Jager Smith, Jr.
**WISE CARTER CHILD & CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, Mississippi 39213
(601) 368-5572
(601) 368-5816 (fax)

Counsel of Record for Plaintiff
Entergy Nuclear Generation Company

Of Counsel:

Alex D. Tomaszczuk
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

600294502v1