**EXHIBIT 1**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on May 14, 2007)

| | |
|---|---|
| **BOSTON EDISON COMPANY,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | |
| **ENTERGY NUCLEAR GENERATION CO.,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

**AFFIDAVIT OF APPOINTMENT OF L. JAGER SMITH, JR.**

I, L. Jager Smith, Jr., being first duly sworn on oath, state as follows:

1. I am a partner in the Jackson, Mississippi office of Wise Carter Child & Caraway, P.A. My business address is as follows:

L. Jager Smith, Jr.
WISE CARTER CHILD & CARAWAY, P.A.
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572 – telephone
(601) 368-5816 – facsimile
JSMIT83@entergy.com – e-mail

600294470v1

2. I have been appointed by Plaintiff Entergy Nuclear Generation Company in this action as Counsel of Record and have authority to act in that regard.

3. I am a member of the bar of the U.S. Court of Federal Claims.

4. This affidavit is being submitted pursuant to RCFC83.1(c)(4).

FURTHER AFFIANT SAYETH NOT.

L. Jager Smith, Jr.

SUBSCRIBED AND SWORN TO before me on this 14th day of May, 2007.

Amy A. Blaylock

Notary Public
State of Mississippi

Commission Expires: June 17, 2009

Notary Public State of Mississippi At Large
My Commission Expires: June 17, 2009
Bonded Thru Heiden, Brooks & Garland, Inc.

600294470v1