IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: May 14, 2007)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| ENTERGY NUCLEAR GENERATION CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is a motion, filed by Boston Edison Company ("Boston Edison") on May 11, 2007, seeking leave to file a pre-trial memorandum under seal electronically. Pursuant to the protective orders issued in the above-captioned cases, Boston Edison seeks to file a memorandum and accompanying exhibits in opposition to Entergy Nuclear Generation Company's ("Entergy") motion for partial summary judgment.

For good cause shown, Boston Edison's motion for leave to file under seal electronically a memorandum and accompanying exhibits in opposition to Entergy's motion for partial summary judgment is GRANTED. This court's Order of May 4, 2007, granting to all parties to this case leave to file under seal electronically any pre-trial motions and responses that contain material covered by the protective orders issued in the above-captioned cases, applies equally to all supporting memoranda, exhibits, or appendices to such motions or responses.

It is so ORDERED.

s/ Charles F. Lettow
Judge