IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: May 21, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is a motion, filed by Boston Edison Company ("Boston Edison") on May 19, 2007, seeking leave to file under seal electronically a motion for leave to serve a trial subpoena on Mr. Jack D. Harrington and request for expedited consideration. Pursuant to the protective orders issued in the above-captioned cases, Boston Edison seeks to file under seal the motion and request for expedited consideration, as well as accompanying exhibits.

For good cause shown, Boston Edison's motion for leave to file under seal electronically a motion for leave to serve a trial subpoena on Mr. Harrington and request for expedited consideration is GRANTED. If the motion for leave to serve a trial subpoena is filed on or before May 22, 2007, the responses of Entergy Nuclear Generation Company and the government to Boston Edison's motion shall be filed on or before May 24, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge