IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: May 22, 2007)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| ENTERGY NUCLEAR GENERATION CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is a motion, filed by Boston Edison Company ("Boston Edison") on May 22, 2007, seeking leave to file under seal electronically responses to certain of the government's *motions in limine*. Boston Edison seeks to file these responses pursuant to the protective orders issued in the above-captioned cases.

For good cause shown, Boston Edison's motion to file under seal electronically responses to certain of the government's *motions in limine* is GRANTED. As noted in the Orders of May 4, 2007 and May 14, 2007, *all parties to this case are granted leave to file under seal electronically all pre-trial motions and responses that contain material covered by the protective orders* issued in the above-captioned cases, including all supporting memoranda, exhibits, or appendices to such motions or responses.

It is so ORDERED.

s/ Charles F. Lettow
Judge