**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically filed on May 22, 2007)

| | | |
|---|---|---|
| BOSTON EDISON COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | |
| ENTERGY NUCLEAR GENERATION CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

**AMENDED JOINT NOTICE OF DEPOSITION &**
**TRIAL TESTIMONY DESIGNATIONS**

Plaintiffs Boston Edison Company ("Boston Edison") and Entergy Nuclear Generation Company ("ENGC") (jointly "Plaintiffs") respectfully amend their May 18, 2007 listing of designated deposition and prior trial testimony of witnesses of the United States ("the Government") that Plaintiffs intend to use as substantive evidence at the trial scheduled to commence on June 4, 2007. That May 18 listing inadvertently excluded from the designations a few pages of the testimony of Mr. Christopher Kouts on April 12, 2007 in *System Fuels, Inc. v. United States*, No. 03-2623C (referred to hereafter as the "*Entergy Arkansas*" case). In particular, the designations for Mr. Kouts from the *Entergy Arkansas* case on April 12, 2007

mistakenly excluded page 3511: line 17 through page 3513: line 1. Accordingly, Plaintiffs Boston Edison and ENGC hereby amend their joint notice to include page 3511: line 17 through page 3513: line 1 from Mr. Kouts' trial testimony in the *Entergy Arkansas* case on April 12, 2007. Because this testimony (like the other designations submitted by Boston Edison and ENGC on May 18, 2007) derives from the Government's agents or employees, it is admissible as substantive evidence pursuant to Fed. R. Evid. 801(d)(2) as admissions by a party-opponent. *See Globe Savings Bank, F.S.B. v. United States*, 61 Fed. Cl. 91, 96-97 (2004).

Dated: May 22, 2007

Respectfully submitted,

s/ L. Jager Smith, Jr. by s/ Daniel S. Herzfeld
L. Jager Smith, Jr.

**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572
(601) 368-5816 (fax)
Counsel of Record for Plaintiffs
Entergy Nuclear Generation Company, Inc.

Of Counsel:
Alex D. Tomaszczuk
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

s/Richard J. Conway by s/ Daniel S. Herzfeld
Richard J. Conway
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 420-2200
Fax: (202) 420-2201
Counsel of Record for Boston Edison Company

Of Counsel:
Bradley D. Wine
Nicholas Mattia, Jr.
Bernard F. Sheehan
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street, N.W.
Washington, D.C. 20006