IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: May 24, 2007)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| ENTERGY NUCLEAR GENERATION CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court are two motions *in limine* filed by plaintiff Boston Edison Company ("Boston Edison") on May 4, 2007, and two motions *in limine* filed by the government on May 4, 2007. Boston Edison has filed a motion to exclude the testimony of one of the government's expert witnesses, Dr. Jonathan Neuberger, and a motion to exclude certain testimony of one of Entergy Nuclear Generation Company's fact witnesses, Mr. Donald Denton. The government has filed two motions related to Boston Edison's expert witnesses – one to exclude the testimony of Mr. William Manion, another to exclude the testimony of Ms. Eileen Supko. These four motions *in limine* have no merit and are summarily DENIED.

It is so ORDERED.

s/ Charles F. Lettow
Judge