IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: May 25, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's motion for an enlargement of time, filed May 24, 2007. The government seeks a second extension of one day, until May 25, 2007, to file its response to Boston Edison Company's motion *in limine* to exclude the government's testimony regarding Article XIV of the Standard Contract.

The government's motion is GRANTED. The government shall filed its response on or before May 25, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge