IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: May 30, 2007)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| ENTERGY NUCLEAR GENERATION CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is a motion, filed by Boston Edison Company ("Boston Edison") on May 21, 2007, seeking leave to serve a trial subpoena on Mr. Jack D. Harrington. Entergy Nuclear Generation Company does not oppose the motion, and the government takes no position on the motion.

For good cause shown, Boston Edison's motion for leave to serve a trial subpoena on Mr. Harrington is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Judge