IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: May 31, 2007)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| ENTERGY NUCLEAR GENERATION CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is a motion *in limine*, filed by plaintiff Boston Edison Company ("Boston Edison") on May 4, 2007, to exclude projected testimony by the government's witnesses, Mr. David Zabransky and Mr. Robert Morgan, regarding Article XIV of the Standard Contract. For the reasons discussed at the pre-trial conference held on May 29, 2007, this motion *in limine* is DENIED.

It is so ORDERED.

s/ Charles F. Lettow
Judge