IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: May 31, 2007)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| ENTERGY NUCLEAR GENERATION CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is a motion *in limine*, filed by the government on May 4, 2007, seeking to exclude, in part, the testimony of plaintiff Boston Edison Company's expert witness, Mr. John J. Reed. The government's motion is DENIED.

It is so ORDERED.

s/ Charles F. Lettow
Judge