**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on June 1, 2007)

**BOSTON EDISON COMPANY**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

**ENTERGY NUCLEAR GENERATION CO.**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

No. 99-447C
No. 03-2626C
(Judge Lettow)

**ENTERGY NUCLEAR GENERATION COMPANY'S UNOPPOSED MOTION FOR LEAVE TO SUBMIT AMENDED EXHIBIT LIST**

Pursuant to RCFC 7, Plaintiff Entergy Nuclear Generation Company ("ENGC"), respectfully requests leave to file the attached amended exhibit list. *See* Attachment A. In particular, ENGC seeks to add a December 17, 1992 letter from Admiral James Watkins (then Secretary of Energy) to the Honorable J. Bennett Johnston (then Chairman of the Senate Committee on Energy and Natural Resources), which will be ENGC Exhibit 251. This exhibit was inadvertently left off of ENGC's exhibit list. ENGC has spoken with counsel for Defendant and Plaintiff Boston Edison Company, and they have represented that they do not oppose this motion.

For the foregoing reasons, ENGC respectfully requests leave to submit its amended exhibit list (and consider the attached list as filed with the Court).

Dated: June 1, 2007

Respectfully submitted,

s/ L. Jager Smith, Jr. by s/ Daniel S. Herzfeld
L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572
(601) 368-5816 (fax)
jsmit83@entergy.com

Counsel of Record for Plaintiff
Entergy Nuclear Generation Company

OF COUNSEL:
Jay E. Silberg
Alex D. Tomaszczuk
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

# ATTACHMENT A

# ENGC's List of Exhibits (AS AMENDED June 1, 2007)

| EXHIBIT NO. ("EX") | BEGIN BATES | END BATES | DESCRIPTION | MAY USE/ WILL USE |
|---|---|---|---|---|
| 1 | ENGC/BECO SUPPL 2 DOE 1st RFP 3-1 | ENGC/BECO SUPPL 2 DOE 1st RFP 3-1 | Draft Risk Item - D. Denton/C. Minott | May Use |
| 2 | ENGC/BECO DOE 1st RFP-3-770 | ENGC/BECO DOE 1st RFP-3-777 | March 20, 2000 Pilgrim Decommissioning Funding Status Report | May Use |
| 3 | ENGC/BECO DOE 1st RFP-3-753 | ENGC/BECO DOE 1st RFP-3-769 | March 20, 2001 Pilgrim Decommissioning Funding Status Report | May Use |
| 4 | ENGC/BECO DOE 1st RFP-3-298 | ENGC/BECO DOE 1st RFP-3-298 | March 30, 2001 Email - Phone call with C. Wells et al on Decommissioning Report | May Use |
| 5 | ENGC/BECO DOE 1st RFP-3-307 | ENGC/BECO DOE 1st RFP-3-307 | August 13, 2001 Post Shutdown Spent Fuel Storage Funding/Pilgrim | May Use |
| 6 | ENGC/BECO DOE 1st RFP-3-347 | ENGC/BECO DOE 1st RFP-3-352 | September 24, 2002 Email - Attaching GAO Survey - Pilgrim (Final) | May Use |
| 7 | ENGC/BECO DOE 1st RFP-3-778 | ENGC/BECO DOE 1st RFP-3-793 | March 31, 2003 Status of Decommissioning Funding for Plants Operated by ENOI FYE - 12/31/02 | May Use |
| 8 | ENGC/BECO DOE 1st RFP-21-16806 | ENGC/BECO DOE 1st RFP-21-16814 | February 13, 1998 BECOST Computer Program, Version PC 2.0: Fuel Cycle 233R68 1998-2012 | May Use |
| 9 | ENGC/BECO DOE 1st RFP-8-220 | ENGC/BECO DOE 1st RFP-8-220 | Analysis of Spent Fuel Storage Shortfall | May Use |
| 10 | ENGC/BECO DOE 1st RFP-21-661 | ENGC/BECO DOE 1st RFP-21-874 | June 24, 1998 Pilgrim Nuclear Power Station Plant Assessment - Volume 2 | May Use |
| 11 | N/A | N/A | September 2003 Dry Fuel Summary Costs | May Use |
| 12 | ENGC/BECO DOE 1st RFP-8-6 | ENGC/BECO DOE 1st RFP-8-7 | Pilgrim Station - Spent Fuel Pool Modifications | May Use |
| 13 | ENGC/BECO DOE 1st RFP-21-13017 | ENGC/BECO DOE 1st RFP-21-13326 | September 1998 Entergy Nuclear Pilgrim Nuclear Station Acquisition | May Use |
| 14 | ENGC/BECO DOE 1st RFP-21-199 | ENGC/BECO DOE 1st RFP-21-199 | Financing document | May Use |
| 15 | ENGC/BECO DOE 1st RFP-21-2678 | ENGC/BECO DOE 1st RFP-21-2681 | September 11, 1998 Pilgrim Meeting - Notes of Teleconference call | May Use |

| EXHIBIT NO. ("EX") | BEGIN BATES | END BATES | DESCRIPTION | MAY USE/ WILL USE |
|---|---|---|---|---|
| 16 | ENGC/BECO DOE 1st RFP-21-3033 | ENGC/BECO DOE 1st RFP-21-3064 | October 1, 1998 Minutes - Entergy Board Nuclear Committee - Special Meeting | May Use |
| 17 | ENGC/BECO DOE 1st RFP-21-3142 | ENGC/BECO DOE 1st RFP-21-3158 | October 28, 1998 Pilgrim Nuclear Power Station - Final Bid to Purchase | May Use |
| 18 | ENGC/BECO DOE 1st RFP-21-320 | ENGC/BECO DOE 1st RFP-21-352 | July 30, 1998 Letter enclosing the Indicative Bid for Boston Edision's Nuclear Business Unit | May Use |
| 19 | ENGC/BECO DOE 1st RFP-21-9878 | ENGC/BECO DOE 1st RFP-21-9883 | April 1, 1998 Boston Edison Pilgrim Station Summary of Initial Assessment | May Use |
| 20 | ENGC/BECO DOE 1st RFP-21-12987 | ENGC/BECO DOE 1st RFP-21-12996 | April 16, 1998 Letter to Mr. Hintz soliciting bids for the purchase of the Pilgrim Nuclear Station | May Use |
| 21 | ENGC/BECO DOE 1st RFP-21-2156 | ENGC/BECO DOE 1st RFP-21-2156 | August 24, 1998 Letter to Mr. Meisner requesting support in determining decommissioning funds for Pilgrim Station | May Use |
| 22 | ENGC/BECO DOE 1st RFP-21-353 | ENGC/BECO DOE 1st RFP-21-353 | September 28, 1998 Letter on Pilgrim Project Proposal for October 1 Nuclear Committee Meeting | May Use |
| 23 | BEP038 2484 (2525) | BEP038 2528 | November 18, 1998 Purchase and Sale Agreement between ENGC and BECO (Execution Copy) | May Use |
| 24 | ENGC/BECO DOE 1st RFP-21-15381 | ENGC/BECO DOE 1st RFP-21-15461 | March 22, 1999 Ruling of Dept of Telecommunications and Energy on BECO petition | May Use |
| 25 | ENGC/BECO DOE 1st RFP-21-15308 | ENGC/BECO DOE 1st RFP-21-15310 | April 1, 1999 Letter to George Dean from Paul Gauron on Decommissioning shortfall | May Use |
| 26 | ENGC/BECO DOE 1st RFP-21-19047 | ENGC/BECO DOE 1st RFP-21-19065 | April 29, 1999 Safety Evaluation by Office of Nuclear Reactor Regulation - Proposed Transfer of Operating License to ENGC | May Use |
| 27 | ENGC/BECO DOE 1st RFP-21-12661 | ENGC/BECO DOE 1st RFP-21-12670 | October 1998 Entergy Risk Management Services - Summary of Risk Factors | May Use |
| 28 | ENGC/BECO DOE 1st RFP-21-356 | ENGC/BECO DOE 1st RFP-21-356 | October 29, 1998 Letter to J. Reed from D. Hintz on lower decommissioning fund requirement | May Use |
| 29 | ENGC/BECO DOE 1st RFP-21-355 | ENGC/BECO DOE 1st RFP-21-355 | October 30, 1998 Letter to J. Reed from D. Hintz on lower decommissioning fund requirement with change on Qualified amount | May Use |
| 30 | ENGC/BECO DOE 1st RFP-40-153 | ENGC/BECO DOE 1st RFP-40-172 | May 12, 1999 Minutes - Entergy Board Nuclear Committee Meeting | May Use |

| EXHIBIT NO. ("EX") | BEGIN BATES | END BATES | DESCRIPTION | MAY USE/ WILL USE |
|---|---|---|---|---|
| 31 | ENGC/BECO DOE 1st RFP-21-14619 | ENGC/BECO DOE 1st RFP-21-14623 | Summary of Pilgrim Indicative Proposal | May Use |
| 32 | ENGC/BECO DOE 1st RFP-21-7224 | ENGC/BECO DOE 1st RFP-21-7230 | October 29, 1998 Bid Evaluations Questions for Company Z | May Use |
| 33 | ENGC/BECO DOE 1st RFP-40-38 | ENGC/BECO DOE 1st RFP-40-39 | October 30, 1998 Entergy Corporation - Minutes of Meetings of Board of Directors | May Use |
| 34 | BEP004 3131 | BEP004 3813 | February 8, 2000 Final Closing Binders prepared in connection with Pilgrim sale | May Use |
| 35 | ENGC/BECO DOE 1st RFP-21-SUPPL-1 | ENGC/BECO DOE 1st RFP-21-SUPPL-65 | October 12, 2000 Pilgrim Decommissioning Charts and Estimates | May Use |
| 36 | BEP004 164 | BEP004 0243 | November 18, 1998 Purchase and Sale Agreement for Pilgrim and related Agreements | May Use |
| 37 | ENGC/BECO DOE 1st RFP-6-36 | ENGC/BECO DOE 1st RFP-6-38 | May 20, 2004 Email chain from C. Minott related for Spent Fuel Rack History | May Use |
| 38 | BECO NES 0000241 | BECO NES 0000471 | November 1998 1997 Decommissioning Study of Pilgrim Station prepared by NES | May Use |
| 39 | ENGC/BECO DOE 1st RFP-3-794 | ENGC/BECO DOE 1st RFP-3-809 | March 28, 2005 Status of Decommissioning Funding for Plants Operated by ENOI FYE - 12/31/04 | May Use |
| 40 | ENGC/BECO OCT 11 SITE VISIT 1 | ENGC/BECO OCT 11 SITE VISIT 1 | August 13, 2001 Post Shutdown Spent Fuel Storage Funding/Pilgrim - Email from C. Minott | May Use |
| 41 | BEP016 0001 | BEP016 0049 | April 1998 BECO Nuclear Generation Business Unit Divestiture Plan | May Use |
| 42 | ENGC/BECO DOE 1st RFP-23-456 | ENGC/BECO DOE 1st RFP-23-459 | Confidential Workup relating to Pilgrim Spent Fuel Storage Capacity and Cost | May Use |
| 43 | ENGC/BECO DOE 1st RFP-23-372 | ENGC/BECO DOE 1st RFP-23-374 | Summary of Risks Related to Pilgrim's Nuclear Fuel Costs | May Use |
| 44 | ENGC/BECO DOE 1st RFP-21-13236 | ENGC/BECO DOE 1st RFP-21-13254 | September 1998 Decommissioning Team Assessment of Pilgrim Decommissioning Cost Estimate | May Use |
| 45 | SAR055 9570 | SAR055 9574 | January 14, 2003 Email - Discussion Assumptions in Decomm. Cost Estimates | May Use |

| EXHIBIT NO. ("EX") | BEGIN BATES | END BATES | DESCRIPTION | MAY USE/ WILL USE |
|---|---|---|---|---|
| 46 | ENGC/BECO DOE 1st RFP-21-14619 | ENGC/BECO DOE 1st RFP-21-14623 | Summary of Pilgrim Indicative Proposal | May Use |
| 47 | ENGC/BECO DOE 1st RFP-21-353 | ENGC/BECO DOE 1st RFP-21-353 | September 28, 1998 Memo from C. Shanks to Entergy Nuclear Committee Members - Subject: October 1 Nuclear Committee Meeting | May Use |
| 48 | ENGC/BECO DOE 1st RFP-21-2673 | ENGC/BECO DOE 1st RFP-21-2674 | September 8, 1998 Email from Robert Cushman on ENI Financing | May Use |
| 49 | ENGC/BECO DOE 1st RFP-23-114 | ENGC/BECO DOE 1st RFP-23-116 | October 13, 1998 Email from Frank Williford on ENI Financing | May Use |
| 50 | ENGC/BECO DOE 1st RFP-21-SUPPL-6 | ENGC/BECO DOE 1st RFP-21-SUPPL-27 | September 1998 Review of Pilgrim Decommissioning Cost Estimate prepared by TLG | May Use |
| 51 | ENGC/BECO DOE 1st RFP-21-SUPPL-28 | ENGC/BECO DOE 1st RFP-21-SUPPL-36 | September 23, 1998 Memo to S. Downs from T. LaGuardia on Decommissioning Estimates and Present Worth Calculations | May Use |
| 52 | BEP028 0001 | BEP028 0009 | October 16, 1998 ENGC Bid for Pilgrim Nuclear Station | May Use |
| 53 | BEP028 1788 | BEP028 1809 | December 21, 1998 Letter to NRC - BECO and ENGC Transfer of Facility Operating License and License Amendment | May Use |
| 54 | ENGC/BECO DOE 1st RFP-21-13408 | ENGC/BECO DOE 1st RFP-21-13519 | June 1998 BECO Nuclear Generation Assets | May Use |
| 55 | ENGC/BECO DOE 1st RFP-21-9686 | ENGC/BECO DOE 1st RFP-21-9718 | Pilgrim Assessment Manual | May Use |
| 56 | ENGC/BECO DOE 1st RFP-21-3847 | ENGC/BECO DOE 1st RFP-21-3902 | December 3, 1998 Correspondence to Dept. of Telecommunications - Petition to Transfer and Divest Pilgrim Nuclear Station | May Use |
| 57 | ENGC/BECO DOE 1st RFP-21-2672 | ENGC/BECO DOE 1st RFP-21-2672 | September 7, 1998 Email from M Dupre to C Shanks - Pilgrim Model Review Session | May Use |
| 58 | BEP015 0135 | BEP015 0167 | July 30, 1998 Correspondence from Mr. Hintz enclosing BECO Nuclear Business Unit Indicative Bid | May Use |
| 59 | BEP028 0001 | BEP028 0002 | October 16, 1998 Correspondence to J Reed from D. Hintz - ENGC Bid for Pilgrim Nuclear Station | May Use |

| EXHIBIT NO. ("EX") | BEGIN BATES | END BATES | DESCRIPTION | MAY USE/ WILL USE |
|---|---|---|---|---|
| 60 | ENGC/BECO DOE 1st RFP-21-3054 | ENGC/BECO DOE 1st RFP-21-3064 | October 15, 1998 Approved Terms of BECO Pilgrim Purchase | May Use |
| 61 | ENGC/BECO DOE 1st RFP-21-7856 (Bates #s out of order) | ENGC/BECO DOE 1st RFP-21-7911 (Bates #s out of order) | Pilgrim Plant Valuation | May Use |
| 62 | N/A | N/A | August 29, 1997 J. Harrington's Settlement Agreement and General Release of all Claims | May Use |
| 63 | N/A | N/A | January 7, 1998 Entergy Nuclear Short Form Contract | May Use |
| 64 | N/A | N/A | Chart on U.S. Nuclear Plant Sales provided by NEI | May Use |
| 65 | BECOEXP003738 | BECOEXP003833 | Direct Testimony and Exhibits of Robert Hevert before PUC of Colorado | May Use |
| 66 | BECOEXP002466 | BECOEXP002523 | Testimony Summary of Robert B. Hevert | May Use |
| 67 | BECOEXP02550 | BECOEXP02550 | September 13, 2005 Email from B. Murphy to B. Hevert relating to expert testimony | May Use |
| 68 | BECOEXP03321 | BECOEXP03321 | March 23, 2006 Email from B. Murphy to B. Hevert relating to object of expert testimony | May Use |
| 69 | N/A | N/A | June 8, 2001 Direct Testimony of John J. Reed before Northern Indiana PSC | May Use |
| 70 | AMGN-0000635 | AMGN-0000648 | Project Skye - Initial Assessment (Summary) | May Use |
| 71 | AMGN-0000293 | AMGN-0000306 | September 17, 1997 Email from J Curran Project Skye - Initial Assessment (Summary) | May Use |
| 72 | AMGN-0000004 | AMGN-0000036 | October 14, 1997 Amergen Project Skye Initial Assessment (complete) | May Use |
| 73 | AMGN-0001047 | AMGN-0001094 | March 5, 1998 Email M.J. Ricciardi attaching Project Skye Model | May Use |
| 74 | AMGN-0000153 | AMGN-0000178 | June 27, 1998 Project Skye - Evaluation Summary | May Use |
| 75 | AMGN-0000812 | AMGN-0001042 | Pilgrim Due Diligence Operational Team Final Report Volume 1 | May Use |
| 76 | AMGN-0000179 | AMGN-0000187 | Amergen Project Skye Model Assumptions Issue 1 | May Use |
| 77 | BEP032 1651 | BEP032 1656 | October 26, 1998 Letter from PECO to J Reed relating to Decommissioning evaluations and BECO bid | May Use |
| 78 | BEP038 2449 | BEP03 2457 | Bidder Guidance from Final to Supplemental Bidding | May Use |
| 79 | BEP015 0290 | BEP015 0305 | October 16, 1998 Final Bid Proposal to Acquire BECO's Nuclear Business Unit by PECO Energy | May Use |

| EXHIBIT NO. ("EX") | BEGIN BATES | END BATES | DESCRIPTION | MAY USE/ WILL USE |
|---|---|---|---|---|
| 80 | AMGN-0001261 | AMGN-0001339 | October 2, 1998 BNFL Risk Evaluation of Pilgrim Nuclear Power Station Decommissioning Cost Estimate | May Use |
| 81 | N/A | N/A | July 6, 2004 Affadavit of Geoffrey O. Lubbock | May Use |
| 82 | BEP016 0001 | BEP016 0049 | April 1998 BECO Nuclear Generation Business Unit Divestiture Plan | May Use |
| 83 | BEP028 1870 | BEP028 1892 | January 21, 1999 Dept. of Telecommunications Hearing Transcript (Petition for Approval of BECO Divestiture transaction) | May Use |
| 84 | BEP028 2461 | BEP028 2461 | January 7, 1999 BECO Docket 98-118/ 98-119/ 98-126; Information Request DTE-BECO 1-33 | May Use |
| 85 | BECO DTE 0009115 | BECO DTE 0009115 | January 6, 1999 BECO Docket 98-118/ 98-119; Information Request AG-1-14 | May Use |
| 86 | BEP028 2232 | BEP028 2317 | BECO Pre-filed Direct Testimony of Geoffrey Lubbock | May Use |
| 87 | BEP038 0139 | BEP038 0140 | January 28, 1999 Revised Response BECO Docket 98-118/119/126; Information Request DTE-BECO 1-37R | May Use |
| 88 | BECO NES 0000775 | BECO NES 0000778 | Action Items/Conclusions from June 4 Meeting with NES on PNPS Decommissioning Estimate | May Use |
| 89 | BECO NES 0000552 | BECO NES 0000555 | June 30, 1997 Correspondence to C. Minott relating to NES Proposal No. 9716-262 | May Use |
| 90 | BECO NES 0000241 | BECO NES 0000471 | November 1998 1997 Decommissioning Study of Pilgrim Station prepared by NES | May Use |
| 91 | ENGC/BECO DOE 1st RFP-21-13205 | ENGC/BECO DOE 1st RFP-21-13226 | September 1998 Review of Pilgrim Decommissioning Cost Estimate prepared by TLG | May Use |
| 92 | BEP025 0001 | BEP025 0185 | June 1998 Confidential Offering Memorandum; BECO Pilgrim Nuclear Power Station Volume 1 | May Use |
| 93 | BEP042 0070 | BEP042 0133 | April 22, 1998 Board of Directors Nuclear Oversight Committee - Briefing Booklet | May Use |
| 94 | AMGN 0000812 | AMGN 0001042 | Pilgrim Due Diligence Operational Team Final Report Volume 1 | May Use |
| 95 | ENGC/BECO DOE 1st RFP-3-107 | ENGC/BECO DOE 1st RFP-3-107 | July 15, 1998 Email from C. Minott to J. Fulton relating to falling below NRC minimum | May Use |
| 96 | BEP007 0054 | BEP007 0076 | Prepared Direct Testimony of John Reed on behalf of BECO | May Use |
| 97 | BEP032 1651 | BEP032 1656 | October 26, 1998 Correspondence to J. Reed relating to Decommissioning | May Use |

| EXHIBIT NO. ("EX") | BEGIN BATES | END BATES | DESCRIPTION | MAY USE/ WILL USE |
|---|---|---|---|---|
| 98 | BEP038 0141 | BEP038 0151 | January 28, 1999 BECO Docket No. 98-118/119/126 Request and Evaluation Matrix of Indicative Bids | May Use |
| 99 | ENGC/BECO DOE 1ST RFP-36-2 | ENGC/BECO DOE 1ST RFP-36-27 | June 30, 2005 Entergy Spent Fuel Disposal Fee Payments and Related Correspondence and Documents | May Use |
| 100 | ENGC/BECO DOE 1ST RFP-36-50 | ENGC/BECO DOE 1ST RFP-36-55 | May 18, 1998 Letter from B. Tomasoni to J. Piascik Regarding Disputes Under the Standard Contract | May Use |
| 101 | ENGC/BECO DOE 1ST RFP-36-28 | ENGC/BECO DOE 1ST RFP-36-347 | Documents Supporting Payments to US DOE for Pilgrim Spent Nuclear Fuel Disposal | May Use |
| 102 | ENGC/BECO DOE 1ST RFP-13-10 | ENGC/BECO DOE 1ST RFP-13-10 | September 29, 1998 Unapproved Delivery Commitment Schedule for Year 2004 | May Use |
| 103 | ENGC/BECO DOE 1ST RFP-13-16 | ENGC/BECO DOE 1ST RFP-13-16 | January 25, 1996 Approved Delivery Commitment Schedule for Year 2001 | May Use |
| 104 | ENGC/BECO DOE 1ST RFP-13-22 | ENGC/BECO DOE 1ST RFP-13-22 | December 2, 1994 Approved Delivery Commitment Schedule for Year 2000 | May Use |
| 105 | ENGC/BECO DOE 1ST RFP-13-7 | ENGC/BECO DOE 1ST RFP-13-7 | Approved Delivery Commitment Schedule for Year 1999 | May Use |
| 106 | BECOEXP 04084 | BECOEXP 04126 | June 28, 2006 Expert Report of Eileen Supko | Will Use |
| 107 | BECOEXP 04127 | BECOEXP 04174 | November 21, 2006 Amended Expert Report of Eileen Supko | Will Use |
| 108 | | | [exhibit not used] | |
| 109 | | | [exhibit not used] | |
| 110 | | | [exhibit not used] | |
| 111 | PNL-023-0176 | PNL-023-0196 | January 24, 1984 Memo Regarding Revised Waste Acceptance Schedule from Draft Mission Plan | May Use |
| 112 | N/A | N/A | December 1998 Viability Assessment of a Repository at Yucca Mountain-Overview | May Use |
| 113 | N/A | N/A | December 1998 Viability Assessment of a Repository at Yucca Mountain-Volume 1 - Introduction & Site Characteristics | May Use |
| 114 | N/A | N/A | December 1998 Viability Assessment of a Repository at Yucca Mountain-Volume 2 - Preliminary Design Concept for the Repository and Waste Package | May Use |

| EXHIBIT NO. ("EX") | BEGIN BATES | END BATES | DESCRIPTION | MAY USE/ WILL USE |
|---|---|---|---|---|
| 115 | N/A | N/A | December 1998 Viability Assessment of a Repository at Yucca Mountain-Volume 3 - Total System Performance Assessment | May Use |
| 116 | N/A | N/A | December 1998 Viability Assessment of a Repository at Yucca Mountain-Volume 5 - Costs to Construct and Operate the Repository | May Use |
| 117 | | | [exhibit not used] | |
| 118 | PNL-023-0176 | PNL-023-0176 | January 24, 1984 Letter to Hall from Fletcher Regarding Revised Waste Acceptance Schedule from Draft Mission Plan | May Use |
| 119 | | | [exhibit not used] | |
| 120 | | | [exhibit not used] | |
| 121 | | | [exhibit not used] | |
| 122 | ERINSP-01398 | ERINSP-01461 | October 1, 1992 Energy Resources International, Inc. Spent Fuel Acceptance Rate and Its Affect on Utility Spent Fuel Storage and Decommissioning Costs, Prepared for the Edison Electric Institute, Utility Nuclear Waste and Transportation Program, ERI-0439 DRAFT | Will Use |
| 123 | N/A | N/A | February 28, 2006 Letter from L. Jager Smith, Esq. to Douglas S. Horan, Esq. re BECO's Indemnification of ENGC Under Purchase And Sale Agreement | May Use |
| 124 | HQR-001-2705 | HQR-001-2792 | 1987 Annual Capacity Report (DOE/RW-0146) | May Use |
| 125 | EDB-001-0468 | EDB-001-0487 | Draft 1989 Annual Capacity Report | May Use |
| 126 | HQR-001-2487 | HQR-001-2609 | 1990 Annual Capacity Report (DOE/RW-0294P) | May Use |
| 127 | HQR-001-2357 | HQR-001-2419 | 1991 Annual Capacity Report (DOE/RW-0331P) | May Use |
| 128 | CTR-003-0558 | CTR-003-0602 | 1992 Annual Capacity Report | May Use |
| 129 | EDB-001-0136 | EDB-001-0150 | Draft 1994 Acceptance Priority Ranking and Annual Capacity Report | May Use |
| 130 | PNL-020-1491 | PNL-020-1657 | Final Draft – "Preliminary Analysis of the Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program" by Roy F. Weston, Inc. | May Use |

| EXHIBIT NO. ("EX") | BEGIN BATES | END BATES | DESCRIPTION | MAY USE/ WILL USE |
|---|---|---|---|---|
| 131 | PNL-107-1706 | PNL-107-1900 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program (DOE/RW-0236) | May Use |
| 132 | PNL-107-1603 | PNL-107-1705 | Preliminary Estimates of the Total-System Cost for the Restructured Program: An Addendum to the May 1989 Analysis of the Total-System Life Cycle Cost for the Civilian Radioactive Waste Management Program (DOE/RW-0295P) | May Use |
| 133 | HQR-025-5075 | HQR-025-5139 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program (DOE/RW-0479) | May Use |
| 134 | HQR-036-0006 | HQR-036-0086 | Analysis of the Total System Life Cycle Cost of the Civilian radioactive Waste Management Program – December 1998 (DOE/RW-0510) | May Use |
| 135 | CTR-158-2614 | CTR-158-2628 | Total System Life Cycle Cost for Site Recommendation Letter Report | May Use |
| 136 | PNL-020-2513 | PNL-020-2569 | Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste (DOE/S-0020/1) | May Use |
| 137 | PNL-021-0233 | PNL-021-0268 | FY 1984 Program Guidance for Nuclear Waste Fund (NWF) Evaluations with J. White cover letter | May Use |
| 138 | PNL-021-1190 | PNL-021-1198 | Nuclear Waste Fund Fee Adequacy: An Assessment. Second Annual Report (Second Report of Series) | May Use |
| 139 | HQR-042-1222 | HQR-042-1234 | Nuclear Waste Fund Fee Adequacy: An Assessment (DOE/RW-0020) (Third Report of Series) | May Use |
| 140 | HQR-042-1235 | HQR-042-1251 | Nuclear Waste Fund Fee Adequacy: An Assessment (DOE/RW-0020) | May Use |
| 141 | PNL-107-2117 | PNL-107-2223 | 1986 Annual Review of the Adequacy of the 1.0 mill per kWh Waste Disposal Fee | May Use |
| 142 | IDF-002-2292 | IDF-002-2317 | Nuclear Waste Fund Fee Adequacy: An Assessment (DOE/RW-0291P) | May Use |
| 143 | N/A | N/A | Nuclear Waste Fund Fee Adequacy: An Assessment (DOE/RW-0534) | May Use |
| 144 | SN045167 | SN0454285 | Draft – Civilian Radioactive Waste Management Program Mission Plan, Volume 1. Overview and Current Program Plans | May Use |
| 145 | N/A | N/A | Mission Plan from the Civilian Radioactive Waste Management Program. Volumes I and II of II Volumes. Overview and Current Program Plans – April 1984 (DOE/RW-0005 DRAFT Reprinted July 1984) | May Use |

| EXHIBIT NO. ("EX") | BEGIN BATES | END BATES | DESCRIPTION | MAY USE/ WILL USE |
|---|---|---|---|---|
| 146 | HQR-003-1088 | HQR-003-1620 | Mission Plan for the Civilian Radioactive Waste Management Program – Volume 1 – Parts I & II (DOE/RW-0005) | May Use |
| 147 | Y-PA-142069 | Y-PA-142138 | Draft Mission Plan Amendment with Comments on the Draft Amendment and Responses to the Comments (DOE/RW-0128) | May Use |
| 148 | N/A | N/A | Draft 1988 Mission Plan Amendment (DOE/RW-0187) | May Use |
| 149 | SN174276 | SN174362 | Civilian Radioactive Waste Management Program Plan – Volume 1 – Program Overview | May Use |
| 150 | EDB-003-0855 | EDB-003-0856 | Memorandum from R. Morgan to NWPA Project Office Personnel re: Implementation of Nuclear Waste Policy Act of 1982 | May Use |
| 151 | YDK023709 | YDK023716 | Letter from J. Kearney to R. Morgan re: standard contract for disposal of spent nuclear fuel and/or high level radioactive waste | May Use |
| 152 | ZAB-001-1462 | | Letter from R. Morgan to J. Kearney re: comments on standard contract | May Use |
| 153 | PNL-173-1282 | PNL-173-1288 | Memorandum from R. Williamson to R. Morgan et al. re: Mission Plan Strategy Overview | May Use |
| 154 | SN045165 [D] | SN045166 | Letter from R. Morgan to R. Stanford re First Volume of Mission Plan | May Use |
| 155 | SN069588 [D] | SN070015 | Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting: December 12-15, 1983 Program Overview [CONF-831217] | May Use |
| 156 | N/A | N/A | Letter from T. Garrish to the Honorable J. Bennett Johnston re: answers to questions regarding implementation of NWPA | May Use |
| 157 | N/A | N/A | General Accounting Office, Nuclear Waste: Operation of Monitored Retrievable Storage Facility is Unlikely by 1998 (GAO/RCED-91-194) | May Use |
| 158 | HQR-003-0314 | HQR-003-0315 | ACR Issues Status Report | May Use |
| 159 | N/A | N/A | Notice of Inquiry on Waste Acceptance Issues (59 Fed. Reg. 27007) | May Use |
| 160 | HQR-057-1493 | HQR-057-1524 | Memorandum from R. Milner re TSLCC Assumptions package Attached: 1995 TSLCC Assumptions Package | May Use |
| 161 | N/A | N/A | Civilian Radioactive Waste Management System, Waste Acceptance Requirements Document, Revision 1 DCN01, May 1995 (DOE/RW-0351) | May Use |

| EXHIBIT NO. ("EX") | BEGIN BATES | END BATES | DESCRIPTION | MAY USE/ WILL USE |
|---|---|---|---|---|
| 162 | N/A | N/A | Civilian Radioactive Waste Management System, Waste Acceptance Requirements Document, Revision 4 (DOE/RW-0351) | May Use |
| 163 | Y-PA-100827 | Y-PA-100842 | Spent Fuel Storage Requirements – The Need for Away-From-Reactor Storage (DOE/NE-0002) | May Use |
| 164 | PNL-168-4293 | PNL-168-4348 | Spent Fuel Storage Requirements – An Update of DOE/NE-0002 (DOE/SR-0007) | May Use |
| 165 | PNL-102-0359 | PNL-102-0377 | DOE memo from R. Milner to L. Barrett re: Proposed Assumptions and Close List for 1988 TSLCC | May Use |
| 166 | N/A | N/A | Public Law 97-425, Nuclear Waste Policy Act of 1983, January 7, 1983 | May Use |
| 167 | N/A | N/A | Public Law 100-203, Title V, Nuclear Waste Policy Amendments Act of 1987, December 22, 1987 | May Use |
| 168 | N/A | N/A | Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste, DOE/S-0020/1, July 1983 | May Use |
| 169 | N/A | N/A | January 24, 1984 memo from J.F. Fletcher to R. J. Hall, Memo, Revised Waste Acceptance Schedule from Draft Mission Plan, Battelle Pacific Northwest Laboratories | May Use |
| 170 | N/A | N/A | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program, DOE/RW-0024, April 1985 | May Use |
| 171 | N/A | N/A | Analysis of Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program, April 1986, DOE/RW-0047 | May Use |
| 172 | N/A | N/A | Draft Mission Plan Amendment, DOE/RW-0128 Draft, January 1987 | May Use |
| 173 | N/A | N/A | Mission Plan Amendment, DOE/RW-0128, June 1987 | May Use |
| 174 | N/A | N/A | Pacific Northwest Laboratory, R. L. Engel, 1987 Annual Review of the Adequacy of the 1.0 mill per kWh Waste Disposal Fee, Prepared for the U.S. Department of Energy under Contract DE-AC06-76RLO 1830, PNL-6288, July 1987 | May Use |
| 175 | N/A | N/A | Draft 1988 Mission Plan Amendment, DOE/RW-0187, June 1988 | May Use |
| 176 | N/A | N/A | Annual Capacity Report, DOE/RW-0191, 1988 | May Use |
| 177 | N/A | N/A | Final Version Dry Cask Storage Study, DOE/RW-0220, February 1989 | May Use |

| EXHIBIT NO. ("EX") | BEGIN BATES | END BATES | DESCRIPTION | MAY USE/ WILL USE |
|---|---|---|---|---|
| 178 | N/A | N/A | Annual Capacity Report, DOW/RW-0331P, December 1991 | May Use |
| 179 | N/A | N/A | Mission Plan Amendment for the Civilian Radioactive Waste Management Program, RW-1 Review Draft, February 24, 1992, MOL.19960711.0377 | May Use |
| 180 | N/A | N/A | Civilian Radioactive Waste Management System Throughput Rate Analysis, August 17, 1993, prepared by Systems Analysis for DOE, HQO.19961022.0005 | May Use |
| 181 | N/A | N/A | Acceptance Priority Ranking and Annual Capacity Report, DOW/RW-0457, March 1995 | May Use |
| 182 | N/A | N/A | Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management, Draft RFP Number DE-RP01-98RW00320, September 1998 | May Use |
| 183 | N/A | N/A | 1999 Design Basis Waste Input Report for Commercial Spent Nuclear Fuel, December 1999, prepared for DOE by TRW Environmental Safety Systems, Inc. | May Use |
| 184 | N/A | N/A | DOE, RW-859 Data, December 31, 1998 | May Use |
| 185 | N/A | N/A | DOE, RW-859 Data, December 31, 2002 | May Use |
| 186 | N/A | N/A | NRC Information Digest, 2002 Edition, NUREG-1350, Volume 14, June 2002 | May Use |
| 187 | N/A | N/A | NRC Information Digest, 2004-2005 Edition, NUREG-1350, Volume 16, February 2005 | May Use |
| 188 | N/A | N/A | U.S. Nuclear Power Plant Capacity Factors through 2003 | May Use |
| 189 | N/A | N/A | U.S. Nuclear Power Plant Power Uprates through 2004 | May Use |
| 190 | N/A | N/A | Viability Assessment of a Repository at Yucca Mountain, Preliminary Design Concept for the Repository and Waste Package, DOE/RW-0508, Volume 2, December 1998 | May Use |
| 191 | N/A | N/A | Operational Waste Stream Assumption for TSLCC Estimates, September 2000, prepared for DOE by TRW | May Use |
| 192 | N/A | N/A | Waste Acceptance System Requirements Document, Revision 4, DOE/RW-0351, January 2002 | May Use |

| EXHIBIT NO. ("EX") | BEGIN BATES | END BATES | DESCRIPTION | MAY USE/ WILL USE |
|---|---|---|---|---|
| 193 | N/A | N/A | Bechtel SAIC Company, LLC, Calculation Method for the Projection of Future Spent Nuclear Fuel Discharges, TDR-WAT-NU-000002 Rev 1, February 2002 | May Use |
| 194 | N/A | N/A | B. McLeod and T. Pollog, Methodology for the Projection of Spent Nuclear Fuel Discharges | May Use |
| 195 | N/A | N/A | December 1, 2004 letter from D. Zabransky to F. Rives re DCS process | May Use |
| 196 | N/A | N/A | July 2004 Acceptance Priority Ranking/Annual Capacity Report | May Use |
| 197 | N/A | N/A | July 2004 instructions for completing DCS form (with cover letter) | May Use |
| 198 | N/A | N/A | M.R. Shay, "How Much Fuel Should D.O.E. Commit To Accept," November 19, 1984, MOV.19990831.0021 | May Use |
| 199 | N/A | N/A | August 7, 1984 Informal Note from K. Klein to J. McElvey, R. Bauer, R. Gale, and W. Bennett re Waste Acceptance Schedule | May Use |
| 200 | N/A | N/A | L.L. Clark and S.M. Short, Preferred Repository Receipt Rates Based on Waste Management System Costs, Risk and Logistics Impacts, December 1986, prepared for DOE by Pacific Northwest Laboratory | May Use |
| 201 | N/A | N/A | Lawrence Livermore National Laboratory, Spent Fuel Receipt Scenarios Study, Yucca Mountain Project, July 1990, MOL.19980623.0931 | May Use |
| 202 | N/A | N/A | TRW Environmental Safety Systems, Inc., Throughput Rate Study, March 25, 1993, MOV.19960624.0047 | May Use |
| 203 | 20035 4222 | 20035 4231 | Fluor Daniel, Inc., Throughput Rate Study, MOL.19990326.0004 | May Use |
| 204 | ERINSP-02148 | ERINSP-02159 | April 19, 1990 Memo from R. Stein to T. Isaacs re Review of Predecisional Draft, Nuclear Waste Negotiator (NWN) Support Information Book | May Use |
| 205 | ERINSP-02126 | ERINSP-02147 | Jeff Williams, MRS Systems Studies, Summary Report and Additional Analyses, INMM Spent Fuel Seminar VII, January 1990 | May Use |
| 206 | N/A | N/A | Civilian Radioactive Waste Management System Requirements Document, Revision 7, ICN0, May 2006 (DOE/RW-0406) | May Use |
| 207 | N/A | N/A | Statement of Edward F. Sproat III, before the Subcommittee on Energy and Air Quality, Committee on Energy and Commerce, U.S. House of Representatives, July 19, 2006 | May Use |

| EXHIBIT NO. ("EX") | BEGIN BATES | END BATES | DESCRIPTION | MAY USE/ WILL USE |
|---|---|---|---|---|
| 208 | N/A | N/A | May 30, 1984 Letter from Theodore J. Garrish to Honorable J. Bennett Johnston Responding to Questions Regarding Implementation of the Nuclear Waste Policy Act of 1982 | May Use |
| 209 | N/A | N/A | September 7, 1984 Letter from Donald Paul Hodel to Honorable J. Bennett Johnston Regarding Disposal of Spent Nuclear Fuel Under the Nuclear Waste Policy Act | May Use |
| 210 | N/A | N/A | In the Matter of Proposed Rulemaking on the Storage and Disposal of Nuclear Waste (Waste Confidence Rulemaking): Statement of Position of the United States Department of Energy, April 15, 1980 (selected portions) | May Use |
| 211 | CTR-001-2584 | CTR-001-2584 | September 30, 1991 Letter from Krista Sanda (Minnesota Department of Public Service) to James Watkins | May Use |
| 212 | CTR-001-2569 | CTR-001-2576 | September 30, 1991 Petition to the Department of Energy of the United States Submitted by Krista Sanda | May Use |
| 213 | HQR-043-0681 | HQR-043-0681 | October 25, 1991 Letter from John Bartlett to Krista Sanda | May Use |
| 214 | HQR-039-1435 | HQR-039-1436 | February 14, 1992 Letter from John Bartlett to Krista Sanda | May Use |
| 215 | CTR-003-1081 | CTR-003-1081 | February 26, 1992 Letter from Krista Sanda to John Bartlett | May Use |
| 216 | CTR-003-1080 | CTR-003-1080 | March 10, 1992 Letter from John Bartlett to Krista Sanda | May Use |
| 217 | HQR-036-1185 | HQR-036-1186 | April 13, 1992 Letter from Allen Keesler Jr. to James Watkins | May Use |
| 218 | HQR-008-0083 | HQR-008-0085 | May 29, 1992 Letter from James Watkins to James Howard | May Use |
| 219 | HQR-043-0428 | HQR-043-0429 | August 19, 1992 Letter from Kris Sanda to James Watkins | May Use |
| 220 | HQR-043-0626 | HQR-043-0627 | October 2, 1992 Department of Energy Memorandum | May Use |
| 221 | HQR-043-0628 | HQR-043-0629 | November 4, 1992 Letter from Hugo Pomrehn to Kris Sanda | May Use |
| 222 | HQR-043-0668 | HQR-043-0673 | September 23, 1992 Letter from Linda Stuntz to Krista Sanda | May Use |
| 223 | | | [exhibit not used] | |
| 224 | NSP-0001824 | NSP-0001834 | "Spent Fuel Management Alternatives Available to Northern States Power Company Inc. and the Federal Government for the Prairie Island Nuclear Plant, Units 1 & 2" DOE Report | May Use |
| 225 | N/A | N/A | DOE APR Model | May Use |

| EXHIBIT NO. ("EX") | BEGIN BATES | END BATES | DESCRIPTION | MAY USE/ WILL USE |
|---|---|---|---|---|
| 226 | N/A | N/A | Pilgrim Plant Photographs | May Use |
| 227 | N/A | N/A | Entergy Corporate Charts | May Use |
| 228 | N/A | N/A | Energy Resources International, Inc., Spreadsheets | May Use |
| 229 | N/A | N/A | GAO Report RCED-85-27, Department Of Energy's Initial Efforts To Implement The Nuclear Waste Policy Act of 1982 | May Use |
| 230 | N/A | N/A | GAO Report RCED-85-100, The Nuclear Waste Policy Act: 1984 Implementation Status, Progress, And Problems | May Use |
| 231 | N/A | N/A | GAO Report RCED-86-206FS, Quarterly Report on DOE's Nuclear Waste Program as of June 30, 1986 | May Use |
| 232 | N/A | N/A | GAO Report RCED-87-95FS, Quarterly Report on DOE's Nuclear Waste Program as of December 31, 1986 | May Use |
| 233 | N/A | N/A | GAO Report RCED-87-17, Status of DOE's Implementation of the Nuclear Waste Policy Act | May Use |
| 234 | N/A | N/A | GAO Report RCED-87-186FS, Quarterly Report on DOE's Nuclear Waste Program as of June 30, 1987 | May Use |
| 235 | N/A | N/A | GAO Report RCED-88-163BR, Quarterly Report on DOE's Nuclear Waste Program as of March 31, 1988 | May Use |
| 236 | N/A | N/A | GAO Report RCED-88-204BR, Quarterly Report on DOE's Nuclear Waste Program as of June 30, 1988 | May Use |
| 237 | N/A | N/A | GAO Report RCED-88-159, Repository Work Should Not Proceed Until Quality Assurance Is Adequate | May Use |
| 238 | N/A | N/A | GAO Report RCED-89-87, Quarterly Report as of December 31, 1988 | May Use |
| 239 | N/A | N/A | GAO Report RCED-90-103, Quarterly Report as of September 30, 1989 | May Use |
| 240 | N/A | N/A | GAO Report RCED-91-194, Operation of Monitored Retrievable Storage Facility Is Unlikely by 1998 | May Use |
| 241 | N/A | N/A | GAO Report RCED-92-73, DOE's Repository Site Investigations, a Long and Difficult Task | May Use |

| EXHIBIT NO. ("EX") | BEGIN BATES | END BATES | DESCRIPTION | MAY USE/ WILL USE |
|---|---|---|---|---|
| 242 | N/A | N/A | GAO Report RCED-93-124, Yucca Mountain Project Behind Schedule and Facing Major Scientific Uncertainties | May Use |
| 243 | KRGNSP03386 | KRGNSP03416 | Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program, DOE/RW-0247, November 1989 | May Use |
| 244 | N/A | N/A | Preliminary Transportation, Aging and Disposal Canister System Performance Specification Revision B, DOE/RW-0585, November 2006 | May Use |
| 245 | N/A | N/A | NRC Press Release No. 06-028, NRC Issues License To Private Fuel Storage For Spent Nuclear Fuel Storage Facility In Utah | May Use |
| 246 | NSP-0043856 | NSP-0043864 | DOE Instructions For Completing The Appendix C Delivery Commitment Schedule | May Use |
| 247 | | | [exhibit not used] | |
| 248 | N/A | N/A | Clinch River MRS Task Force, Recommendations on the Proposed Monitored Retrievable Storage Facility, October 1985 | May Use |
| 249 | COF0350001 | COF0350741 | Spent Nuclear Fuel Delivery Commitment Schedules (2 Binders of Delivery Commitment Schedules from all utilities) | May Use |
| 250 | N/A | N/A | September 19, 2000 Employment Agreement Between Entergy and T. LaGuardia | May Use |
| 251 | HQR-038-0090 | HQR-038-0093 | December 17, 1992 Letter from Admiral James D. Watkins, DOE, to Honorable J. Bennett Johnston, Chairman of Senate Committee on Energy and Natural Resources | May Use |