IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: June 6, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court are three motions: (1) an unopposed motion, filed by Entergy Nuclear Generation Company on June 1, 2007, seeking leave to submit an amended exhibit list, (2) an unopposed motion, filed by the government on June 3, 2007, seeking leave to submit a revised exhibit list, and (3) an unopposed motion, filed by the government on June 3, 2007, seeking leave to designate the prior trial testimony in *System Fuels, Inc. v. United States*, No. 03-2623C (Fed. Cl.) of Mr. Robert Morgan, Mr. Loring Mills, and Ms. Eileen Supko.

For good cause shown, these three motions are GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Judge