IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: June 22, 2007)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| ENTERGY NUCLEAR GENERATION CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

POST-TRIAL SCHEDULING ORDER

In light of the representations made by counsel at the conclusion of the trial held June 4-20, 2007, the court adopts the following schedule for post-trial briefing and closing argument in this case:

| Event | Deadline |
|---|---|
| Boston Edison's post-trial brief (no more than 60 pages in length) | August 23, 2007 |
| The government's post-trial responsive brief (no more than 60 pages in length) | October 4, 2007 |
| Entergy's post-trial responsive brief (no more than 35 pages in length) | October 17, 2007 |

| | |
|---|---|
| Boston Edison's post-trial reply (no more than 25 pages in length) | October 31, 2007 |
| Closing argument | November 2, 2007, commencing at 10 a.m. at the National Courts Building in Washington, D.C. |

It is so ORDERED.

s/ Charles F. Lettow
Judge