IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: August 1, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court in these partially consolidated cases are applications by Consolidated Edison Company of New York, Inc., seeking access to protected material on file in these actions. In conjunction with the requested access, Consolidated Edison avers that it is willing to become bound by the protective order entered in these cases. In light of an order entered June 22, 2007, in the indirectly-related case in which Consolidated Edison is a plaintiff, resolving the matter addressed by the applications, these applications are DENIED as moot.

It is so ORDERED.

s/ Charles F. Lettow
Judge