IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: August 21, 2007)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| ENTERGY NUCLEAR GENERATION COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is a motion, filed by Boston Edison Company ("Boston Edison") on August 20, 2007, seeking leave to file its post-trial brief under seal electronically, pursuant to the protective orders issued in the above-captioned cases.

For good cause shown, Boston Edison's motion to file its post-trial brief under seal electronically is GRANTED. All parties to this case are granted leave to file under seal electronically post-trial briefs, responsive briefs, and the reply if they contain material covered by the protective orders issued in the above-captioned cases, including all supporting memoranda, exhibits, or appendices to such motions or responses.

It is so ORDERED.

s/ Charles F. Lettow
Judge