IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOSTON EDISON COMPANY<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ) | |
| ENTERGY NUCLEAR GENERATION CO.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

DEFENDANT'S UNOPPOSED MOTION
TO AMEND POST-TRIAL SCHEDULING ORDER

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court's June 22, 2007 post-trial scheduling order be modified as set forth below. Counsel for plaintiff, Boston Edison Company ("Boston Edison"), and counsel for plaintiff, Entergy Nuclear Generation Corporation ("Entergy"), have indicated that they do not oppose this request. This is the Government's first request for an amendment of the Court's June 22, 2007 post-trial scheduling order.

According to the current post-trial scheduling order, the Government's responsive post-trial brief is due on October 4, 2007. While we have worked diligently to prepare our post-trial brief for filing on October 4, 2007, the Government needs additional time to prepare a sufficient response. Counsel for defendant has been actively involved in numerous matters associated with the spent nuclear fuel litigation that have impeded the Government's ability to submit its post-trial brief on October 4, 2007, including the active participation by the Government's counsel of record in this case in the current trial in Wisconsin Electric Power Co. v. United States, No. 00-697C (Merow, S.J.). In addition, counsel for the Government have been directly involved in the drafting and development of the Government's initial brief in Nebraska Public Power District v. United States, No. 2007-5083 (Fed. Cir.), which was filed on August 27, 2007, and the Government's appellate brief in Yankee Atomic Electric Co. v. United States, Nos. 2007-5025, -5026, -5027, -5031, -5032, & -5033 (Fed. Cir.), on September 21, 2007. Counsel for defendant also have been directly involved in the development of the Government's reply and response to the plaintiff-appellant's initial brief in Sacramento Municipal Utility District v. United States, Nos. 2007-5052, -5097 (Fed. Cir.), which is currently due on October 1, 2007.

To afford the Government with sufficient time to prepare an adequate responsive brief while preserving the time periods that are set forth in the Court's June 22, 2007 scheduling order for the filing of plaintiffs' remaining post-trial briefs in this matter, the Government respectfully requests that the Court amend the June 22, 2007 scheduling order as follows:

| Event | Current Deadline | Proposed Deadline[1] |
|---|---|---|
| Government's post-trial responsive brief | October 4, 2007 | October 10, 2007 |
| Entergy's post-trial responsive brief | October 17, 2007 | October 23, 2007 |
| Boston Edison's post-trial reply brief | October 31, 2007 | November 6, 2007 |
| Closing Argument | November 2, 2007 | November 8, 2007 (commencing at a time convenient to the Court) |

Accordingly, for the foregoing reasons, we respectfully request that the Court grant this unopposed motion to amend the Court's June 22, 2007 scheduling order, as set forth above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.

s/ Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
U.S. Department of Justice

1 All other terms of the Court's June 22, 2007 continue to apply.

Washington, D.C. 20585

PATRICK B. BRYAN
STEPHEN P. FINN
SCOTT R. DAMELIN
JOSHUA E. GARDNER
SONIA M. ORFIELD
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: 202-307-0226
Fax: 202-307-2503

October 1, 2007

Attorneys for Defendant