IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: October 2, 2007)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| ENTERGY NUCLEAR GENERATION CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

REVISED POST-TRIAL SCHEDULING ORDER

On October 1, 2007, defendant filed an unopposed motion to amend the court's post-trial scheduling order of June 22, 2007. Good cause having been shown, the court GRANTS the defendant's motion and adopts the following revised schedule for post-trial briefing and closing argument in this case:

| Event | Deadline |
|---|---|
| Government's post-trial responsive brief (no more than 60 pages in length) | October 10, 2007 |
| Entergy's post-trial responsive brief (no more than 35 pages in length) | October 23, 2007 |

| | |
|---|---|
| Boston Edison's post-trial reply (no more than 25 pages in length) | November 6, 2007 |
| Closing argument | November 8, 2007, commencing at 10 a.m. at the National Courts Building in Washington, D.C. |

It is so ORDERED.

s/ Charles F. Lettow
Judge