**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on October 22, 2007)

**BOSTON EDISON COMPANY**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

**ENTERGY NUCLEAR GENERATION CO.**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

No. 99-447C
No. 03-2626C
(Judge Lettow)

**PLAINTIFF ENTERGY NUCLEAR GENERATION COMPANY'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL ELECTRONICALLY**

Pursuant to this Court's General Order 42A, Plaintiff Entergy Nuclear Generation Company ("ENGC"), by and through the undersigned counsel, respectfully requests leave from the Court to file documents under seal electronically in the above-captioned cases. Per the Court's October 2, 2007 Order, ENGC's post-trial brief is due on October 23, 2007. ENGC's post-trial brief contains information that has been designated as Confidential Material pursuant to the protective orders entered by the Court in the above-captioned cases. Because these two cases have been designated as electronic filing cases, Paragraph 7 of General Order 42A states that leave of the Court is required for ENGC to file documents under seal electronically prior to any such filing.

Thus, for the foregoing reasons, ENGC respectfully requests that the Court enter an order allowing ENGC to file documents electronically under seal in the above-captioned cases.

Dated: October 22, 2007

Respectfully submitted,

s/ L. Jager Smith, Jr. by s/ Jack Y. Chu

L. Jager Smith, Jr.
**WISE CARTER CHILD & CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572
(601) 368-5816 (fax)

Counsel of Record for Plaintiff
Entergy Nuclear Generation Company

Of Counsel:
Alex D. Tomaszczuk
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)