IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: October 22, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court are two motions filed by Entergy Nuclear Generation Company ("Entergy") on October 22, 2007 seeking leave to file documents under seal electronically, pursuant to the protective orders issued in the above-captioned cases.

For good cause shown, Entergy's motions to file documents under seal electronically is GRANTED.

The motions were unnecessary; in its order of August 21, 2007, the court granted the parties to the above-captioned cases "leave to file under seal electronically post-trial briefs, responsive briefs, and the reply if they contain material covered by the protective orders issued in the above-captioned cases, including all supporting memoranda, exhibits, or appendices to such motions or responses."

It is so ORDERED.

s/ Charles F. Lettow
Judge