**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on February 20, 2008)

| | |
|---|---|
| **BOSTON EDISON COMPANY**,<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES**,<br><br>Defendant. | |
| **ENTERGY NUCLEAR GENERATION CO.**,<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES**,<br><br>Defendant. | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

**MOTION TO SEAL NOTICE OF PROPOSED REDACTIONS**

Plaintiff Entergy Nuclear Generation Company ("ENGC") respectfully moves to seal a notice of proposed redactions – Document No. 135, which ENGC mistakenly filed as a public document within the last 45 minutes. Document No. 135 proposes redactions to a non-public decision issued by the Court on February 15, 2008, which decision invited the parties to propose redactions by this date. Therefore, ENGC respectfully requests the Court to seal this document as originally intended by ENGC (as reflected in the legend in the caption and the parenthetical under this Court's name).

Dated: February 20, 2008

Respectfully submitted,

s/ L. Jager Smith, Jr. by s/ Daniel S. Herzfeld

L. Jager Smith, Jr.
**WISE CARTER CHILD & CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, Mississippi 39213
(601) 368-5572
(601) 368-5816 (fax)

Counsel of Record for Plaintiff
Entergy Nuclear Generation Company

Of Counsel:

Alex D. Tomaszczuk
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)