IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2626C

(Filed: February 25, 2008)

ENTERGY NUCLEAR GENERATION COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff Entergy Nuclear Generation Company's motion to seal a notice of proposed redactions, Document 135, which it mistakenly filed as a public document. The motion requests that the court seal the document as originally intended by plaintiff.

Good cause having been shown, the court GRANTS plaintiff's motion, placing Document 135 under seal.

s/ Charles F. Lettow
Judge