IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2626C

(Filed: March 24, 2008)

ENTERGY NUCLEAR GENERATION COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court will hold a status conference on April 25, 2008, at 2:00 p.m. EDT, at the National Courts Building in Washington, D.C.

It is so ORDERED.

s/ Charles F. Lettow
Judge