IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 03-2626C
(Judge Lettow)

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Alan J. Lo Re as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: March 25, 2008

s/Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-0226
Telecopy: (202) 307-2503

CERTIFICATE OF FILING

I hereby certify that on this 25th day of March 2008, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Alan J. Lo Re