IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2626C

(Filed: April 25, 2008)

ENTERGY NUCLEAR GENERATION COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pursuant to a status conference held today, the court requests that the parties file a joint status report on or before October 27, 2008, and every six months thereafter.

It is so ORDERED.

s/ Charles F. Lettow
Judge