IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2626C

(Filed: July 3, 2008)

ENTERGY NUCLEAR GENERATION COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

On June 27, 2008, the government filed a motion in this action and in *Boston Edison Co. v. United States*, No. 99-447C, seeking entry of final judgment under Rule 54(b) of the Rules of the Court of Federal Claims ("RCFC"). That motion was appropriate for *Boston Edison* because the court had issued judgment on February 15, 2008, resolving all of Boston Edison Co.'s claims against the United States. However, if the motion was intended also to extend to Entergy Nuclear Generation Co.'s claims, it is unavailing because nothing in the judgment entered in *Boston Edison* finally resolves Entergy Nuclear Generation Co.'s claims against the United States or the counterclaims brought by the United States against Entergy Nuclear Generation Co.

Accordingly, to the extent the government's motion for entry of judgment under RCFC 54(b) pertains to the instant case, it is DENIED.

IT IS SO ORDERED.

s/ Charles F. Lettow
Judge