**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 9, 2008)

| | |
|---|---|
| **ENTERGY NUCLEAR GENERATION COMPANY**, Plaintiff, v. **THE UNITED STATES**, Defendant. | No. 03-2626C (Judge Lettow) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**CORRECTED VERSION OF RESPONSE BRIEF**

Plaintiff Entergy Nuclear Generation Company ("ENGC") respectfully submits this motion for leave to file a corrected version of its brief in opposition to Defendant's (the "Government") August 21, 2008 Motion To Coordinate Discovery And Develop A Litigation Plan, which response is attached hereto as Exhibit A. The corrected response brief is substantively identical to the response brief initially filed on September 8, 2008, but contains a corrected signature block. The initial version of ENGC's brief lists the incorrect counsel of record for ENGC, thus a corrected brief is necessary for ENGC's response to comply with RCFC 11(a).

Because the substance of the corrected version of ENGC's response brief remains unchanged, the Government will not be prejudiced if ENGC is granted leave to file a corrected brief. Thus, ENGC respectfully requests leave from the Court to file Exhibit A to the instant motion, a corrected version of ENGC's response to the Government's Motion To Coordinate Discovery And Develop A Litigation Plan.

Dated: September 9, 2008

Respectfully submitted,

s/ L. Jager Smith, Jr. by s/ Jack Y. Chu
L. Jager Smith, Jr.
**WISE CARTER CHILD & CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572
(601) 368-5816 (fax)

Counsel of Record for Plaintiff
Entergy Nuclear Generation Company

Of Counsel:
Alex D. Tomaszczuk
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)